UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY ALPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 24-1837 (DLF) |

## JOINT STATUS REPORT

Plaintiff, Ty Alper, and Defendant, the U.S. Department of Justice, through counsel, respectfully submit this joint status report pursuant to the Court's August 30, 2024, Minute Order. Per the Court's August 30, 2024, Minute Order, Defendant has completed processing of Plaintiff's FOIA request and, on today's date, has sent all responsive, non-exempt records directly to Plaintiff's physical address, which was provided by his counsel. The parties respectfully request that the next Joint Status Report be due on or before October 15, 2024, at which time Plaintiff—after reviewing the record production—will advise the Court whether he intends to proceed to summary judgment briefing in this case.

Dated: September 27, 2024

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MATTHEW M. GRAVES, D.C. Bar #481052
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　Chief, Civil Division

By: /s/ *Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202 252-6653

Attorneys for the United States of America


  */s/ David L. Sobel*
DAVID L. SOBEL, D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel for Plaintiff*

2