UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY ALPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 24-1837 (DLF) |

## JOINT STATUS REPORT

Plaintiff, Ty Alper, and Defendant, the U.S. Department of Justice, through counsel, respectfully submit this joint status report pursuant to the Court's August 30, 2024, Minute Order. Per the Court's September 27, 2024, Minute Order, Defendant has completed processing of Plaintiff's FOIA request and has sent a letter to Plaintiff stating that all responsive records are withheld in their entirety. After reviewing the agency's decision to withhold the requested records in full, Plaintiff has elected to proceed to summary judgment briefing.

**Defendant's Separate Proposal**

Accordingly, in order to allow sufficient time for the FBI's RIDS' FOIA Unit to prepare a declaration in support of the government's motion for summary judgment—a process which includes the initial drafting of the Declaration, the undersigned counsel for FBI and RIDS' management editing and approval, and then the RIDS' Section Chief's review and signature—Defendant requests the following schedule to govern summary judgment briefing:

- Defendant's Motion for Summary Judgment to be due on January 14, 2025;

- Plaintiff's Cross-Motion for Summary Judgment to be due on February 14, 2025;

- Defendant's Combined Opposition and Reply to be due on March 14, 2025; and

- Plaintiff's Reply to be due on April 14, 2025.

### Plaintiff's Separate Proposal

Plaintiff notes that only 513 pages of material are at issue and, critically, the FBI has acknowledged that Plaintiff is entitled to expedited processing of his request to prevent "[t]he substantial loss of due process of rights." Joint Status Report of August 29, 2024 (ECF No. 8). Given those circumstances, Plaintiff submits that waiting 90 days for summary judgment briefing to begin is not appropriate. As such, Plaintiff requests the following briefing schedule: Defendant's Motion for Summary Judgment to be due 45 days after the Court issues an order establishing a briefing schedule; Plaintiff's Cross-Motion for Summary Judgment to be due 30 days after Defendant's Motion for Summary Judgment; Defendant's Combined Opposition and Reply to be due 30 days after Plaintiff's Cross-Motion for Summary Judgment; and Plaintiff's Reply to be due 15 days after Defendant's Combined Opposition and Reply.

Dated: October 15, 2024

Respectfully submitted,

  /s/ David L. Sobel  
DAVID L. SOBEL, D.C. Bar No. 360418  
5335 Wisconsin Avenue, N.W.  
Suite 640  
Washington, DC 20015  
(202) 246-6180

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division

By: /s/ *Fithawi Berhane*  
FITHAWI BERHANE  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202 252-6653

*Attorneys for the United States of America*