UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TY ALPER,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 24-1837 (DLF) |

## CONSENT MOTION FOR AN EXTENSION OF BRIEFING DEADLINES

By and through undersigned counsel, Defendant respectfully moves to extend the summary judgment briefing schedule in this matter by one day. Plaintiff, through counsel, consents to the relief sought in this motion. The grounds for this motion are as follows.

This is an action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which Plaintiff seeks to compel the disclosure of records in response to their FOIA request to Defendant. Pursuant to this Court's October 16, 2024, Minute Order, the deadline for Defendant's Motion for Summary Judgment is December 15, 2024. However, Defendant instantly moves to extend the due date by one day to provide Defendant with sufficient time to obtain supervisory review of its draft motion papers, as required under Department of Justice policies.

Therefore, Defendant respectfully requests that the due date for its Motion for Summary Judgment be extended to December 16, 2024

Dated: December 14, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK

Chief, Civil Division


By: _____/s/_____
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6653
    Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY ALPER,

       Plaintiff,

    v.                                                          Civil Action No. 24-1837 (DLF)

DEPARTMENT OF JUSTICE,

       Defendant.

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for an extension by one day of the due

date for its Motion for Summary Judgment, and for good cause shown and the entire record herein,

it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant's Motion for Summary Judgment is due on **December 16,**

**2024**.

Dated: _____                                    _____

                                                    United States District Judge