UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY ALPER,<br><br>      Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 24-1837 (DLF) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension by one day of the due date for its Motion for Summary Judgment, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant's Motion for Summary Judgment is due on **December 16, 2024**.

Dated: _____          _____
                                                                   United States District Judge