UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY ALPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Civil Action No. 24-1837 (DLF) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant the Department of Justice, with its component the Federal Bureau of Investigation, respectfully moves the Court for an order granting summary judgment in its favor in this Freedom of Information Act case. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities and statement of material facts as to which there is no genuine dispute. Defendant also attaches a proposed order for the Court's consideration.

Dated: December 15, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Fithawi Berhane_____
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653

*Attorneys for the United States of America*