UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY ALPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Civil Action No. 24-1837 (DLF) |

**CONSENT MOTION FOR AN EXTENSION OF BRIEFING DEADLINES**

　　By and through undersigned counsel, Defendant respectfully moves to extend the summary judgment briefing schedule in this matter by seven days. Plaintiff, through counsel, consents to the relief sought in this motion. The grounds for this motion are as follows.

　　This is an action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which Plaintiff seeks to compel the disclosure of records in response to their FOIA request to Defendant. Pursuant to this Court's October 16, 2024, Minute Order, the deadline for Defendant's Opposition and Reply is February 13, 2025. However, Defendant instantly moves to extend the due date by seven days to provide Defendant with sufficient time to finish a draft of its filing and obtain supervisory review of that draft, as required under Department of Justice policies. The undersigned counsel has been significantly burdened with briefing and discovery matters in other active cases, including in relation to cases inherited from a colleague who has been on extended leave. The additional time afforded by this Court would be of significant assistance to the undersigned in managing his schedule.

Accordingly, Defendant respectfully asks that its Opposition and Reply be due on February 20, 2025, and so as to provide sufficient time for Plaintiff to file its Reply, Defendant also asks that Plaintiff's Reply by due on March 7, 2025.

Dated: February 12, 2025 　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　EDWARD R. MARTIN, JR.
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　　　Chief, Civil Division


　　　　　　　　　　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　　　　　FITHAWI BERHANE
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　(202) 252-6653
　　　　　　　　　　　　　　　　　　　　　Fithawi.Berhane@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*