UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY ALPER,<br><br>        Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 24-1837 (DLF) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension by seven days of the due date for its Opposition and Reply, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant's Opposition and Reply is due on **February 20, 2025**; and it is further

ORDERED that Plaintiff's Reply is due on **March 7, 2025**.


Dated: _____

                                                                                      United States District Judge