UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY ALPER,<br><br>       Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 24-1837 (DLF) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S ADDITIONAL STATEMENT OF MATERIAL FACTS**

Defendant hereby submits the following response to Plaintiff's statement of material facts as to which Plaintiff contends there are no genuine issues in support of his Cross-Motion for Summary Judgment.

3. The third sentence of this paragraph consists of Plaintiff's characterization of documents provided to a third-party individual during that individual's prosecution for a crime, to which no response is required. The remainder of the allegations of this paragraph consists of Plaintiff's characterizations of background information regarding a third-party individual's criminal case, to which no response is required.

*   *   *

Date:  February 20, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  _____*/s/ Fithawi Berhane*_____
     FITHAWI BERHANE
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     (202) 252-6653
     Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*