**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
*Alper v. Federal Bureau of Investigation*
24-cv-1837

| Page Disposition Totals |
|---|
| **Total: 506** |
| WIF: 506 |
| • FOIA Exemption(s):              485 |
| • Duplicate:                                21 |

## Exemption Application Index

| SUMMARY OF FOIA EXEMPTION JUSTIFICATION CATEGORIES ||
|---|---|
| **CODED CATEGORIES** | **INFORMATION WITHHELD** |
| **EXEMPTION (b)(5)** | **PRIVILEGED INFORMATION** |
| (b)(5)-2 | Attorney Client Privilege |
| **EXEMPTION (b)(7)(A)** | **PENDING LAW ENFORCEMENT PROCEEDINGS** |
| (b)(7)(A)-1 | Information which, if disclosed, could reasonably be expected to interfere with pending law enforcement proceedings |
| **EXEMPTION (b)(6) and EXEMPTION (b)(7)(C)** | **CLEARLY UNWARRANTED INVASION OF PERSONAL PRIVACY AND UNWARRANTED INVASION OF PERSONAL PRIVACY** |
| (b)(6)-1 and (b)(7)(C)-1 | Names and identifying information of FBI Special Agents and Professional Staff |
| (b)(6)-2 and (b)(7)(C)-2 | Names and identifying information of third parties who provided information |
| (b)(6)-3 and (b)(7)(C)-3 | Names and identifying information of third parties merely mentioned |
| (b)(6)-4 and (b)(7)(C)-4 | Names and identifying information of third parties of investigative interest |
| (b)(6)-5 and (b)(7)(C)-5 | Names and identifying information of personnel from non-FBI federal agencies |
| (b)(6)-6 and (b)(7)(C)-6 | Names and identifying information of local law enforcement personnel |
| (b)(6)-7 and (b)(7)(C)-7 | Names and identifying information of third parties with criminal records |
| (b)(6)-10 and (b)(7)(C)-10 | Names and identifying information of foreign law enforcement agency personnel |
| **EXEMPTION (b)(7)(D)** | **CONFIDENTIAL SOURCE INFORMATION** |
| (b)(7)(D)-8 | Foreign government agency information provided under an implied assurance of confidentiality and the foreign government's identity |
| **EXEMPTION (b)(7)(E)** | **INVESTIGATIVE TECHNIQUES AND PROCEDURES** |
| (b)(7)(E)-7 | Database information and printouts |
| (b)(7)(E)-13 | Cooperation with foreign law enforcement agency |

| INDEX KEY ||
|---|---|
| WIF: | Withheld in full |
| FOIA WIF: | Withheld in full pursuant to FOIA exemptions |
| Dup: | Duplicate page that was withheld in full |
| Dup of: | Location of original copy |

| **FBI DOCUMENT TYPES** |
|---|
| • Electronic Communications (ECs)/ FD-1057s: ECs replaced the traditional FBI correspondence (i.e., Memoranda and Letters) as the primary vehicle of correspondence within the FBI.  The purpose of an EC is to communicate within the FBI in a consistent format that can be uploaded by the originating Division or office, transmitted, and downloaded by recipient Divisions or offices within the FBI's internal computer network.  These forms are often utilized to record and disseminate intelligence/investigative information and for general investigation administration purposes. |
| • Teletypes:  Teletypes are an electronic means of disseminating law enforcement/intelligence information between FBI field offices, FBIHQ and the United States intelligence and law enforcement agencies. |
| • FD-302s: FD-302s are internal FBI forms in which evidence is often documented, usually the results of FBI interviews.  Such evidence and/or interview information may later be used as testimony or evidence in court proceedings/trials.  Additionally, these evidence/interview forms are often incorporated in other FBI documents which disseminate intelligence/investigative information, and can be utilized to set leads in furtherance of the FBI's investigative efforts. |
| • Miscellaneous Administrative Documents:  These documents are informal, internal documents utilized to administer FBI coordination and investigation administration. |
| • FD-340 - 1A Envelopes:  These envelopes are used to organize and store documents that need to be stored separately from the FBI file to which they are attached, due to their size.  They usually contain handwritten notes of interviews, photographs, and other various evidentiary documents. |
| • Handwritten Interview Notes:  These are the original handwritten notes of FBI personnel who conducted interviews in the course of FBI investigations.  These notes are almost always transposed into FD-302s and are utilized by the FBI in the same manner. |
| • Other Government Agency Information:  These are documents provided to the FBI by other federal government agencies.  This information can be incorporated in FBI documents which disseminate intelligence/investigative information, and can be utilized to set leads in furtherance of the FBI's investigative efforts |
| • FBI Records Checks:  These documents are printout of queries of internal FBI databases.  These documents are often incorporated in other FBI documents which disseminate intelligence/investigative information, and can be utilized to set leads in furtherance of the FBI's investigative efforts. |
| • Miscellaneous Administrative Documents:  This category consists of all informal, internal documents utilized to administer FBI coordination and investigation administration. |
| • Photographs:  This category consists of photographs taken and or collected in the course of the FBI investigations. |
| • Laboratory Documents/Reports: Documents or reports prepared by FBI laboratory employees to report the laboratory findings. |
| • Memorandum:  These are ordinarily communications to DOJ officials, from one person to another at FBIHQ, or from one person to another within an FBI field office.  They serve to assist in the overall supervision of a case by summarizing pertinent details of an investigation. |

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Electronic Communication (EC) setting leads to multiple FBI Field Offices (FO) requesting assistance in conducting possible witness interviews | 1 | x | x | | | x | | | | | | | | | x | | |
| | 2 | x | | | | | | | | | | | | | x | | |
| | 3 | x | | | | x | x | | | | | | | | x | | |
| | 4 | x | | | | x | x | | | | | | | | x | | |
| | 5 | x | | | | x | | | | | | | | | x | | |
| | 6 | x | | | | x | | | | | | | | | x | | |
| | 7 | x | | | | x | | | | | | | | | x | | |
| | 8 | x | | | | x | | | | | | | | | x | | |
| | 9 | x | x | | | x | | | | | | | | | x | | |
| | 10 | x | x | | | x | | | | | | | | | x | | |
| | 11 | x | | | | x | | | | | | | | | x | | |
| | 12 | x | | | | x | | | | | | | | | x | | |
| | 13 | x | | | | x | | | | | | | | | x | | |
| | 14 | x | | | | x | | | | | | | | | x | | |
| | 15 | x | | | | x | | | | | | | | | x | | |
| | 16 | x | | | | x | | | | | | | | | x | | |
| FD-36 Teletype providing investigation update | 17 | x | x | | | | | | | | | | | | x | | |
| | 18 | x | | | | x | | | | | | | | | x | | |
| FD-192 evidence data loading form documenting property acquired in furtherance of the investigation | 19 | x | x | | | | | | | | | | | | x | | |
| FBI memorandum documenting results of record checks and information gathered from multiple telephonic interviews | 20 | x | x | x | x | | | | | | | | | | x | | |
| | 21 | x | | | x | x | | | | | | | | | x | | |
| FBI memorandum documenting results of record checks of multiple third party individuals | 22 | x | x | x | x | | | | | | | | | | x | | |
| | 23 | x | | | x | x | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to an FBI Task Force officer[1] | 24 | x | | | x | x | | | x | | | | | | x | | |
| Document provided by a third party who was interviewed by an FBI Task Force officer in furtherance of the investigation | 25 | x | | | | x | | | | | | | | | x | | |
| | 26 | x | | | | x | | | | | | | | | x | | |
| | 27 | x | | | | x | | | | | | | | | x | | |
| | 28 | x | | | | x | | | | | | | | | x | | |
| | 29 | x | | | | x | | | | | | | | | x | | |
| | 30 | x | | | | x | | | | | | | | | x | | |
| | 31 | x | | | | x | | | | | | | | | x | | |
| Document provided by a third party telephonically interviewed by an FBI Task Force officer in furtherance of the investigation[1] | 32 | x | | | x | | | | x | | | | | | x | | |
| | 33 | x | | | | x | | | | | | | | | x | | |
| Document provided by a third party telephonically interviewed by an FBI Task Force officer in furtherance of the investigation[1] | 34 | x | | | | x | | | x | | | | | | x | | |
| | 35 | x | | | | x | | | | | | | | | x | | |
| | 36 | x | | | | x | | | | | | | | | x | | |
| | 37 | x | | | | x | | | | | | | | | x | | |
| | 38 | x | | | | x | | | | | | | | | x | | |
| Document provided by a third party telephonically interviewed by an FBI Task Force officer in furtherance of the investigation | 39 | x | x | x | x | | | | | | | | | | x | | |
| | 40 | x | | | | x | | | | | | | | | x | | |
| | 41 | x | | | | x | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to an FBI Task Force officer[2] | 42 | x | x | x | x | | | | x | | | | | | x | | |

1

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Duplicate | 43 | | | | | | | | | | | | | | | x | 25 |
|  | 44 | | | | | | | | | | | | | | | x | 26 |
|  | 45 | | | | | | | | | | | | | | | x | 27 |
|  | 46 | | | | | | | | | | | | | | | x | 28 |
|  | 47 | | | | | | | | | | | | | | | x | 29 |
|  | 48 | | | | | | | | | | | | | | | x | 30 |
|  | 49 | | | | | | | | | | | | | | | x | 31 |
| Duplicate | 50 | | | | | | | | | | | | | | | x | 32 |
|  | 51 | | | | | | | | | | | | | | | x | 33 |
| Duplicate | 52 | | | | | | | | | | | | | | | x | 34 |
|  | 53 | | | | | | | | | | | | | | | x | 35 |
|  | 54 | | | | | | | | | | | | | | | x | 36 |
|  | 55 | | | | | | | | | | | | | | | x | 37 |
|  | 56 | | | | | | | | | | | | | | | x | 38 |
|  | 57 | | | | | | | | | | | | | | | x | 39 |
|  | 58 | | | | | | | | | | | | | | | x | 40 |
|  | 59 | | | | | | | | | | | | | | | x | 41 |
| EC setting leads to a FO to locate multiple third party individuals for interviews[3] | 60 | | x | x | | x | | | | | | | | | x | | |
|  | 61 | | x | | x | x | | | | x | | | | | x | | |
|  | 62 | | x | | | x | | | | | | | | | x | | |
|  | 63 | | x | x | | x | | | | | | | | | x | | |
| FD-36 Airtel concerning receipt of a lead to locate and inteview a third party individual | 64 | | x | x | | x | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 65 | | x | x | x | x | | x | | | | | | | x | | |
|  | 66 | | x | | x | x | | | | | | | | | x | | |
|  | 67 | | x | | x | x | | | | | | | | | x | | |
|  | 68 | | x | | x | x | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 69 | | x | x | x | x | | x | | | | | | | x | | |
|  | 70 | | x | | x | x | | | | | | | | | x | | |
|  | 71 | | x | | x | x | | | | | | | | | x | | |
|  | 72 | | x | | x | x | | | | | | | | | x | | |
| FD-36 Airtel reporting information gleaned from the interview of a third party | 73 | | x | x | x | x | | | | | | | | | x | | |
|  | 74 | | x | x | | x | | x | | | | | | | x | | |
| EC reporting information gathered by the members the FBI Task Force during interviews of multiple third parties | 75 | | x | x | x | x | x | | | | | | | | x | | |
|  | 76 | | x | | | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 77 | | x | x | x | | | | | | | | | | x | | |
| EC setting a lead to conduct an interview of a third party | 78 | | x | x | | | x | | | | | | | | x | | |
|  | 79 | | x | | | x | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI[2] | 80 | | x | x | x | | | | | x | | | | | x | | |
|  | 81 | | x | | x | x | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI[1] | 82 | | x | | x | | | | | x | | | | | x | | |
|  | 83 | | x | | x | x | | | | | | | | | x | | |
| Airtel providing guidance to the local law enforcement agency | 84 | | x | x | | | | | | | | | | | x | | |
|  | 85 | | x | | | | | | | | | | | | x | | |
| EC reporting results of an interview of a third party | 86 | | x | x | x | | x | | | | | | | | x | | |
|  | 87 | | x | | | | | | | | | | | | x | | |
|  | 88 | | x | x | | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 89 | | x | x | x | | | | | | | | | | x | | |

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FBI memorandum documenting information provided by a third party during an interview | 90 | | x | x | x | | | | | | | | | | x | | |
| EC setting a lead requesting FO to locate and interview a third party individual in furtherance of the investigation | 91 | | x | x | | x | | | | | | | | | x | | |
| | 92 | | x | | | x | | | | | | | | | x | | |
| | 93 | | x | | | x | | | | | | | | | x | | |
| | 94 | | x | | x | x | | | | | | | | | x | | |
| | 95 | | x | | x | | | | | | | | | | x | | |
| EC setting leads to multiple FOs requesting assistance in conducting possible witness interviews[4] | 96 | | x | x | | x | | | | | | | | | x | | |
| | 97 | | x | | | | | | | | | | | | x | | |
| | 98 | | x | | x | x | | | | | | | | | x | | |
| | 99 | | x | | x | x | | | | | | | | | x | | |
| | 100 | | x | | x | | | | | | | | | | x | | |
| | 101 | | x | | x | | | | | | | | | | x | | |
| | 102 | | x | | x | | | | | | | | | | x | | |
| | 103 | | x | | x | | | | | | | | | | x | | |
| | 104 | | x | | x | | | | | | | | | | x | | |
| | 105 | | x | | x | | | | | | | | | | x | | |
| | 106 | | x | | x | | | | | | | | | | x | | |
| | 107 | | x | | x | | | | | | | | | | x | | |
| | 108 | | x | | x | | | | | | | | | | x | | |
| | 109 | | x | | x | | | | | | | | | | x | | |
| | 110 | | x | | x | | | | | | | | | | x | | |
| | 111 | | x | | x | | | | | | | | | | x | | |
| EC reporting investigation updates[3] | 112 | | x | x | | x | | x | | | | | | | x | | |
| | 113 | | x | x | | | | x | | | | | | | x | | |
| | 114 | | x | x | | | | | | | | | | | x | | |
| EC reporting results of an interview of a third party | 115 | | x | x | x | | x | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 116 | | x | x | x | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 117 | | x | x | x | x | | | | | | | | | x | | |
| EC reporting information gathered from a third party during an interview | 118 | | x | x | x | x | x | | | | | | | | x | | |
| | 119 | | x | | | | | | | | | | | | x | | |
| FD-4 internal routing slip | 120 | | x | x | | | | | | | | | | | x | | |
| | 121 | | x | x | | | | | | | | | | | x | | |
| EC reporting information gathered from a third party during an interview | 122 | | x | x | x | | x | | | | | | | | x | | |
| EC reporting information gathered from a third party during an interview | 123 | | x | x | x | x | x | | | | | | | | x | | |
| | 124 | | x | | | | | | | | | | | | x | | |
| FBI memorandum documenting results of record checks and information gathered from multiple telephonic interviews | 125 | | x | x | x | x | | | | | | | | | x | | |
| | 126 | | x | | x | x | | | | | | | | | x | | |
| FD-36 Airtel concerning receipt of a lead to locate and interview a third party individual | 127 | | x | x | x | | | | | | | | | | x | | |
| FD-302 interview of a thrid party who provided information to the FBI | 128 | | x | x | x | | | | | | | | | | x | | |
| | 129 | | x | | x | x | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 130 | | x | x | x | | | | | | | | | | x | | |
| | 131 | | x | | x | x | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 132 | | x | x | x | x | | | | | | | | | x | | |
| | 133 | | x | | x | x | | | | | | | | | x | | |

3

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FD-302 interview of a third party who provided information to the FBI | 134 | | x | x | x | | | | | | | | | | x | | |
| | 135 | | x | | x | x | | | | | | | | | x | | |
| EC reporting information gleaned from the interviews of multiple third parties | 136 | | x | x | x | | x | | | | | | | | x | | |
| | 137 | | x | | | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 138 | | x | x | x | | | | | | | | | | x | | |
| | 139 | | x | x | x | | | | | | | | | | x | | |
| FD-36 Airtel reporting results of an interview of a third party | 140 | | x | x | x | | | | | | | | | | x | | |
| | 141 | | x | | x | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 142 | | x | x | x | x | | | | | | | | | x | | |
| | 143 | | x | | x | x | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 144 | | x | x | x | x | | | | | | | | | x | | |
| | 145 | | x | | x | x | | | | | | | | | x | | |
| EC reporting results of an interview of a third party | 146 | | x | x | x | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 147 | | x | x | x | | | | | | | | | | x | | |
| | 148 | | x | | x | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 149 | | x | x | x | | | | | | | | | | x | | |
| | 150 | | x | | x | | | | | | | | | | x | | |
| EC reporting results of an interview of a third party | 151 | | x | x | x | | x | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 152 | | x | x | x | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 153 | | x | x | x | | | | | | | | | | x | | |
| EC setting a lead to conduct an interview of a third party individual | 154 | | x | x | | | x | | | | | | | | x | | |
| | 155 | | x | | | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 156 | | x | x | x | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 157 | | x | x | x | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 158 | | x | x | x | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 159 | | x | x | x | | | | | | | | | | x | | |
| EC reporting results of interviews of multiple third parties | 160 | | x | x | x | | x | | | | | | | | x | | |
| EC reporting an attempt of an interview to a third party by the FBI | 161 | | x | x | | x | x | | | | | | | | x | | |
| | 162 | | x | x | | x | | | | | | | | | x | | |
| EC reporting information gathered from a third party during an interview | 163 | | x | x | x | | x | | | | | | | | x | | |
| | 164 | | x | | x | x | | | | | | | | | x | | |
| EC reporting information gathered from a third party during an interview | 165 | | x | x | x | | x | | | | | | | | x | | |
| | 166 | | x | | x | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 167 | | x | x | x | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 168 | | x | x | x | | | | | | | | | | x | | |
| EC reporting results of an interview of a third party | 169 | | x | x | x | | x | | | | | | | | x | | |
| | 170 | | x | | | | | | | | | | | | x | | |
| EC reporting information gathered from an interview of a third party and setting additional investigative lead | 171 | | x | x | x | x | | | | | | | | | x | | |
| | 172 | | x | | | x | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 173 | | x | x | x | | | | | | | | | | x | | |
| | 174 | | x | | x | x | | | | | | | | | x | | |

4

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FD-302 interview of a third party who provided information to the FBI | 175 | | x | x | x | | | | | | | | | | x | | |
| | 176 | | x | | x | x | | | | | | | | | x | | |
| Investigation summary | 177 | | x | | | x | | | | | | | | | x | | |
| | 178 | | x | | x | x | | | | x | | | | | x | | |
| | 179 | | x | | x | | x | | | | | | | | x | | |
| EC setting leads to conduct an interview of a third party individual of investigative interest[3] | 180 | | x | x | x | | x | | | | | | | | x | | |
| | 181 | | x | | x | x | | | | x | | | | | x | | |
| | 182 | | x | | x | x | x | | | | | | | | x | | |
| | 183 | | x | | x | x | | | | | | | | | x | | |
| | 184 | | x | | | x | | | | | | | | | x | | |
| | 185 | | x | | x | | | | | | | | | | x | | |
| | 186 | | x | x | | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 187 | | x | x | x | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 188 | | x | x | x | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 189 | | x | x | x | x | | | | | | | | | x | | |
| | 190 | | x | | x | x | | | | | | | | | x | | |
| | 191 | | x | | x | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 192 | | x | x | x | x | | | | | | | | | x | | |
| | 193 | | x | | x | x | | | | | | | | | x | | |
| | 194 | | x | | x | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 195 | | x | x | x | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 196 | | x | x | x | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 197 | | x | x | x | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 198 | | x | x | x | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by multiple third parties during interviews | 199 | | x | x | x | | | | | | | | | | x | | |
| | 200 | | x | | x | | | | | | | | | | x | | |
| | 201 | | x | | x | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by multiple third parties during interviews | 202 | | x | x | x | | | | | | | | | | x | | |
| | 203 | | x | | x | | | | | | | | | | x | | |
| | 204 | | x | | x | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 205 | | x | x | x | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 206 | | x | x | x | x | | | | | | | | | x | | |
| EC reporting results of interviews of multiple third parties | 207 | | x | x | x | | x | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 208 | | x | x | x | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 209 | | x | x | x | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 210 | | x | x | x | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 211 | | x | x | x | | | | | | | | | | x | | |
| EC reporting results of interviews of multiple third parties | 212 | | x | x | x | | x | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 213 | | x | x | x | x | | | | | | | | | x | | |

5

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FD-302 interview of a third party who provided information to the FBI | 214 | | x | x | x | x | | | | | | | | | x | | |
| EC reporting results of an interview request | 215 | | x | x | x | | x | | | | | | | | x | | |
| EC reporting results of interviews of multiple third parties | 216 | | x | x | x | | x | | | | | | | | x | | |
| Database printout | 217 | | x | | | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 218 | | x | | x | | | | | | | | | | x | | |
| EC reporting information gathered from two third parties during interviews | 219 | | x | x | x | | x | | | | | | | | x | | |
| | 220 | | x | | | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 221 | | x | x | x | | | | | | | | | | x | | |
| | 222 | | x | | x | | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 223 | | x | x | x | | | | | | | | | | x | | |
| | 224 | | x | | x | | | | | | | | | | x | | |
| EC reporting a delay to cover an investigative lead | 225 | | x | x | | | x | | | | | | | | x | | |
| EC reporting information gathered from a third party during an interview | 226 | | x | x | x | | x | | | | | | | | x | | |
| Official letter to a foreign law enforcement agency requesting investigation assistance | 227 | | x | x | x | | | | | | x | x | | | x | | |
| | 228 | | x | x | x | | | | | | x | x | | | x | | |
| EC requesting assistance for an interview of a third party individual | 229 | | x | x | | x | | | | | | | | | x | | |
| | 230 | | x | | | x | | x | | | | | | | x | | |
| EC reporting information gathered from a third party during an interview | 231 | | x | x | x | | x | | | | | | | | x | | |
| | 232 | | x | | x | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 233 | | x | x | x | | | | | | | | | | x | | |
| | 234 | | x | | x | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 235 | | x | x | x | | | | | | | | | | x | | |
| | 236 | | x | | x | | | | | | | | | | x | | |
| EC reporting results of an interview of a third party | 237 | | x | x | x | | | | | | | | | | x | | |
| EC requesting FBI Laboratory Division assistance | 238 | | x | x | | | x | | | | | | | | x | | |
| | 239 | | x | | | | | | | | | | | | x | | |
| | 240 | | x | x | | | | | | | | | | | x | | |
| EC reporting results of a telephonic interview of a third party | 241 | | x | x | x | | x | | | | | | | | x | | |
| | 242 | | x | | | | | | | | | | | | x | | |
| | 243 | | x | | | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 244 | | x | x | x | | | | | | | | | | x | | |
| FD-36 Teletype reporting investigation update | 245 | | x | x | | | x | x | | | | | | | x | | |
| | 246 | | x | | | x | | | | | | | | | x | | |
| | 247 | | x | | | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 248 | | x | x | x | | | | | | | | | | x | | |
| | 249 | | x | | x | | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 250 | | x | x | x | | | | | | | | | | x | | |
| | 251 | | x | x | | | | | | | | | | | x | | |
| | 252 | | x | | x | | | | | | | | | | x | | |
| EC reporting results of interviews of multiple third parties | 253 | | x | x | x | x | x | | | | | | | | x | | |
| EC documenting status of the investigation | 254 | | x | x | | | | | | | | | | | x | | |
| | 255 | | x | x | | x | | | | | | | | | x | | |
| EC documenting status of the investigation | 256 | | x | x | x | | x | | | | | | | | x | | |

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EC documenting status of the investigation | 257 | | x | x | x | x | x | | | | | | | | x | | |
| | 258 | | x | | | x | | | | | | | | | x | | |
| Teletype requesting assistance from a foreign law enforcement agency | 259 | | x | x | | x | | | | | | x | | | x | | |
| | 260 | | x | | | x | | | | | | x | | | x | | |
| Teletype requesting assistance from a foreign law enforcement agency | 261 | | x | x | | | | | | | | | | | x | | |
| | 262 | | x | | | x | | | | | | | | | x | | |
| Teletype requesting assistance from a foreign law enforcement agency | 263 | | x | x | | | | | | | | x | | | x | | |
| | 264 | | x | | | x | | | | | | x | | | x | | |
| EC reporting results of interviews of multiple third parties | 265 | | x | x | x | | x | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 266 | | x | x | x | x | | | | | | | | | x | | |
| | 267 | | x | | x | x | | | | | | | | | x | | |
| FD-302 interview of a third party who provided information to the FBI | 268 | | x | x | x | x | | | | | | | | | x | | |
| | 269 | | x | | x | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by multiple third parties during interviews | 270 | | x | x | x | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by multiple third parties during interviews | 271 | | x | x | x | x | | | | | | | | | x | | |
| FBI memorandum documenting information provided by a third party during an interview | 272 | | x | | x | | | | | | | | | | x | | |
| EC reporting the results of an investigation lead | 273 | | x | x | | x | x | | | | | | | | x | | |
| EC reporting results of interview of a third party | 274 | | x | x | x | x | x | | | | | | | | x | | |
| | 275 | | x | x | | | | | | | | | | | x | | |
| EC reporting investigative updates | 276 | | x | x | | | | | | x | x | | | | x | | |
| | 277 | | x | | | x | | | | | | x | | | x | | |
| Official letter from a Department of Justice (DOJ) counsel to an FBI Special Agent (SA) providing legal guidance in response to the SA's inquiry | 278 | x | x | x | | | | x | | | | | | x | x | | |
| | 279 | x | x | | | | | x | | | | | | x | x | | |
| Attachment from DOJ counsel providing additional guidance and information | 280 | x | x | | | | | | | | | | | x | x | | |
| | 281 | x | x | | | | | x | | | | | | x | x | | |
| | 282 | x | x | | | | | x | | | | | | x | x | | |
| | 283 | x | x | | | | | | | | | | | x | x | | |
| | 284 | x | x | | | | | | | | | | | x | x | | |
| | 285 | x | x | | | | | | | | | | | x | x | | |
| | 286 | x | x | | | | | | | | | | | x | x | | |
| | 287 | x | x | | | | | | | | | | | x | x | | |
| | 288 | x | x | | | | | | | | | | | x | x | | |
| | 289 | x | x | | | | | | | | | | | x | x | | |
| | 290 | x | x | | | | | | | | | | | x | x | | |
| | 291 | x | x | | | | | | | | | | | x | x | | |
| | 292 | x | x | | | | | | | | | | | x | x | | |
| | 293 | x | x | | | | | | | | | | | x | x | | |
| | 294 | x | x | | | | | | | | | | | x | x | | |
| | 295 | x | x | | | | | | | | | | | x | x | | |
| | 296 | x | x | | | | | | | | | | | x | x | | |
| | 297 | x | x | | | | | | | | | | | x | x | | |
| | 298 | x | x | | | | | | | | | | | x | x | | |
| | 299 | x | x | | | | | | | | | | | x | x | | |

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 300 | x | x | | | | | | | | | | | x | x | | |
| | 301 | x | x | | | | | | | | | | | x | x | | |
| | 302 | x | x | | | | | | | | | | | x | x | | |
| | 303 | x | x | | | | | | | | | | | x | x | | |
| | 304 | x | x | | | | | | | | | | | x | x | | |
| | 305 | x | x | | | | | | | | | | | x | x | | |
| | 306 | x | x | | | | | | | | | | | x | x | | |
| | 307 | x | x | | | | | | | | | | | x | x | | |
| | 308 | x | x | | | | | | | | | | | x | x | | |
| | 309 | x | x | | | | | | | | | | | x | x | | |
| | 310 | x | x | | | | | | | | | | | x | x | | |
| | 311 | x | x | | | | | | | | | | | x | x | | |
| | 312 | x | x | | | | | | | | | | | x | x | | |
| | 313 | x | x | | | | | | | | | | | x | x | | |
| Attachment from DOJ counsel providing additional guidance and information | 314 | x | x | | | | | | | | | | | | x | | |
| | 315 | x | x | | | | | | | | | | | | x | | |
| | 316 | x | x | | | | | | | | | | | | x | | |
| | 317 | x | x | | | | | | | | | | | | x | | |
| | 318 | x | x | | | | | | | | | | | | x | | |
| | 319 | x | x | | | | | | | | | | | | x | | |
| | 320 | x | x | | | | | | | | | | | | x | | |
| Attachment from DOJ counsel providing additional guidance and information | 321 | x | x | | | | | | | | | | | | x | | |
| | 322 | x | x | | | | | | | | | | | | x | | |
| | 323 | x | x | | | | | | | | | | | | x | | |
| | 324 | x | x | | | | | | | | | | | | x | | |
| | 325 | x | x | | | | | | | | | | | | x | | |
| | 326 | x | x | | | | | | | | | | | | x | | |
| | 327 | x | x | | | | | | | | | | | | x | | |
| | 328 | x | x | | | | | | | | | | | | x | | |
| | 329 | x | x | | | | | | | | | | | | x | | |
| | 330 | x | x | | | | | | | | | | | | x | | |
| | 331 | x | x | | | | | | | | | | | | x | | |
| | 332 | x | x | | | | | | | | | | | | x | | |
| | 333 | x | x | | | | | | | | | | | | x | | |
| | 334 | x | x | | | | | | | | | | | | x | | |
| | 335 | x | x | | | | | | | | | | | | x | | |
| | 336 | x | x | | | | | | | | | | | | x | | |
| | 337 | x | x | | | | | | | | | | | | x | | |
| | 338 | x | x | | | | | | | | | | | | x | | |
| | 339 | x | x | | | | | | | | | | | | x | | |
| | 340 | x | x | | | | | | | | | | | | x | | |
| | 341 | x | x | | | | | | | | | | | | x | | |
| | 342 | x | x | | | | | | | | | | | | x | | |
| Official letter from a DOJ counsel to an FBI SA providing legal guidance in response to the SA's inquiry | 343 | x | x | x | | | | x | | | | | | x | x | | |
| | 344 | x | x | | | | | x | | | | | | x | x | | |
| Duplicate | 345 | | | | | | | | | | | | | | | x | 343 |
| | 346 | | | | | | | | | | | | | | | x | 344 |
| Duplicate | 347 | | | | | | | | | | | | | | | x | 343 |
| | 348 | | | | | | | | | | | | | | | x | 344 |

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Database Checklist | 349 | | x | | | | | | | | | | x | | x | | |
| Internal Routing Slip | 350 | | x | x | | | | | | | | | | | x | | |
| FD-302 interview of a third party of investigative interest who provided information to the FBI | 351 | | x | x | x | x | x | | | | x | x | | | x | | |
| | 352 | | x | | x | x | x | | | | | | | | x | | |
| | 353 | | x | | x | x | | | | | | | | | x | | |
| | 354 | | x | | x | x | | | | | | | | | x | | |
| | 355 | | x | | x | x | | | | | | | | | x | | |
| | 356 | | x | | x | x | | | | | | | | | x | | |
| | 357 | | x | | x | x | | | | | | | | | x | | |
| | 358 | | x | | x | x | | | | | | | | | x | | |
| | 359 | | x | | x | x | | | | | | | | | x | | |
| | 360 | | x | | x | x | | | | | | | | | x | | |
| FD-302 interview of a third party of investigative interest who provided information to the FBI | 361 | | x | x | x | x | x | | | | x | x | | | x | | |
| | 362 | | x | | x | x | x | | | | | | | | x | | |
| | 363 | | x | | x | x | | | | | | | | | x | | |
| | 364 | | x | | x | x | | | | | | | | | x | | |
| | 365 | | x | | x | x | | | | | | | | | x | | |
| | 366 | | x | | x | x | | | | | | | | | x | | |
| | 367 | | x | | x | x | | | | | | | | | x | | |
| | 368 | | x | | x | x | | | | | | | | | x | | |
| | 369 | | x | | x | x | | | | | | | | | x | | |
| | 370 | | x | | x | x | | | | | | | | | x | | |
| EC to report the results of investigative leads | 371 | | x | x | x | | | | | | x | x | | | x | | |
| | 372 | | x | x | x | | | | | | x | x | | | x | | |
| EC to report the results of investigative leads | 373 | | x | x | x | | | | | | x | x | | | x | | |
| | 374 | | x | x | x | | | | | | x | x | | | x | | |
| EC to report the results of investigative leads | 375 | | x | x | x | | | | | | x | x | | | x | | |
| | 376 | | x | x | x | | | | | | x | x | | | x | | |
| EC concerning a request to interview a third party individual | 377 | | x | x | | x | | x | | | | | | | x | | |
| | 378 | | x | x | | x | x | | | | | | | | x | | |
| Database printout | 379 | | x | | x | | | | | | | | | | x | | |
| Database printout | 380 | | x | x | | | | | | | | | | | x | | |
| EC requesting photographs of third parties of investigative interst | 381 | | x | x | | x | | | | | | | | | x | | |
| | 382 | | x | | | | | | | | | | | | x | | |
| Database printout | 383 | | x | x | x | | | | | | | | | | x | | |
| EC providing investigative update | 384 | | x | x | | x | | | | | | | | | x | | |
| Database printout | 385 | | x | | | | | | | | | | | | x | | |
| EC requesting cancellation of an investigative lead | 386 | | x | x | | x | | | | | | | | | x | | |
| EC documenting reassignment of the case | 387 | | x | x | | | | | | | | | | | x | | |
| Laboratory report documenting results of examination | 388 | | x | | | x | | | | | | | | | x | | |
| | 389 | | x | x | | | | | | | | | | | x | | |
| Laboratory report documenting results of examination | 390 | | x | x | | x | | | | | | | | | x | | |
| | 391 | | x | x | | | | | | | | | | | x | | |
| EC reporting discontinuation of an investigative lead | 392 | | x | x | | x | | | | | | | | | x | | |
| Laboratory report documenting results of examination | 393 | | x | x | | x | | | | | | | | | x | | |
| | 394 | | x | x | | x | | | | | | | | | x | | |
| | 395 | | x | x | | | | | | | | | | | x | | |

9

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Laboratory work sheet | 396 | | x | x | | | x | | | | | | | | x | | |
| Handwritten note documenting telephone call between laboratory and FBI SA concerning results | 397 | | x | x | | | | | | | | | | | x | | |
| | 398 | | x | | | | | | | | | | | | x | | |
| Laboratory results | 399 | | x | x | | | x | | | | | | | | x | | |
| Laboratory results | 400 | | x | x | | | | | | | | | | | x | | |
| Laboratory document containing chain of custody log | 401 | | x | x | | | | | | | | | | | x | | |
| Laboratory document containing examination record | 402 | | x | x | | | | | | | | | | | x | | |
| EC documenting status of the investigation | 403 | | x | x | | | x | | | | | | | | x | | |
| EC reporting the investigative status of a third party with investigative interest | 404 | | x | x | | x | x | | | | | | | | x | | |
| | 405 | | x | | | | | | | | | | | | x | | |
| EC reporting the investigative status of a third party with investigative interest | 406 | | x | x | | x | x | | | | | | | | x | | |
| | 407 | | x | | | x | | | | | | | | | x | | |
| Official FBI letter to the local police department returning evidence and laboratory results | 408 | | x | x | | | | | x | | | | | | x | | |
| | 409 | | x | x | | | x | | | | | | | | x | | |
| EC requesting updated results of the local law enforcement agency's investigation | 410 | | x | x | | | x | | | | | | | | x | | |
| | 411 | | x | | | x | x | | | | | | | | x | | |
| EC requesting updated results of the local law enforcement agency's investigation | 412 | | x | x | | x | x | | | | | | | | x | | |
| | 413 | | x | x | | x | x | | | | | | | | x | | |
| Response from the local law enforcement agency to the FBI reporting final dispositions of information | 414 | | x | x | | x | x | | | | | | | | x | | |
| FD-491 memorandum documenting record disposition | 415 | | x | x | | | | | | | | | | | x | | |
| FD-340a itemizing content of 1A envelopes | 416 | | x | x | x | | | | | | | | | | x | | |
| FD-340 1A envelope containing SA's handwritten interview notes from an interview of a third party | 417 | | x | x | | | | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 418 | | x | | x | | | | | | | | | | x | | |
| FD-340 1A envelope containing SA's handwritten interview notes from an interview of a third party | 419 | | x | x | x | | | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 420 | | x | | x | x | | | | | | | | | x | | |
| FD-340 1A envelope containing SA's handwritten interview notes from an interview of a third party | 421 | | x | x | x | | | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 422 | | x | | x | | | | | | | | | | x | | |
| FD-340 1A envelope containing SA's handwritten interview notes from an interview of a third party | 423 | | x | x | x | | x | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 424 | | x | | x | | | | | | | | | | x | | |

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FD-340 1A envelope containing SA's handwritten interview notes from an interview of a third party | 425 | | x | x | x | | x | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 426 | | x | | x | | | | | | | | | | x | | |
| FD-340 1A envelope containing SA's handwritten interview notes from an interview of a third party | 427 | | x | x | x | | | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 428 | | x | | x | x | x | | | | | | | | x | | |
| | 429 | | x | | x | x | | | | | | | | | x | | |
| | 430 | | x | | x | x | | | | | | | | | x | | |
| | 431 | | x | | x | x | | | | | | | | | x | | |
| | 432 | | x | | x | x | | | | | | | | | x | | |
| | 433 | | x | | x | x | | | | | | | | | x | | |
| | 434 | | x | | x | x | | | | | | | | | x | | |
| | 435 | | x | | x | x | | | | | | | | | x | | |
| | 436 | | x | | | | | | | | | x | x | | x | | |
| Document containing request from a local law enforcement agency to the FBI for additional information[3] | 437 | | x | x | | x | | | | | | | | | x | | |
| | 438 | | x | | | x | | | | | | | | | x | | |
| | 439 | | x | | | x | | | | | | | | | x | | |
| | 440 | | x | x | | | | | | | | | | | x | | |
| FD-340 1A envelope containing investigative evidence | 441 | | x | x | | | | | | | | | | | x | | |
| Photographs of investigative evidence | 442 | | x | | | | | | | | | | | | x | | |
| | 443 | | x | | | | | | | | | | | | x | | |
| | 444 | | x | | | | | | | | | | | | x | | |
| | 445 | | x | | | | | | | | | | | | x | | |
| FD-340 1A envelope containing SA's handwritten interview notes from an interview of a third party | 446 | | x | x | x | | | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 447 | | x | | x | x | | | | | | | | | x | | |
| | 448 | | x | | x | x | | | | | | | | | x | | |
| FD-340 1A envelope containing SA's handwritten interview notes from an interview of a third party | 449 | | x | x | x | | x | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 450 | | x | | x | | | | | | | | | | x | | |
| FD-340 1A envelope containing SA's handwritten interview notes from an interview of a third party | 451 | | x | x | x | | x | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 452 | | x | | x | | | | | | | | | | x | | |
| FD-340b 1A envelope containing SA's handwritten interview notes from an interview of a third party | 453 | | x | x | x | | | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 454 | | x | | x | | | | | | | | | | x | | |
| | 455 | | x | | x | | | | | | | | | | x | | |

| WIF Description | Bates | b5 2 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 6 | 6/7C 7 | 6/7C 10 | 7D 8 | 7E 7 | 7E 13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FD-340b 1A envelope containing SA's handwritten interview notes and document provided by a third party during interview | 456 | | x | x | x | | | | | | | | | | x | | |
| | 457 | | x | | x | | | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 458 | | x | | x | | | | | | | | | | x | | |
| FD-340b 1A envelope containsing SA's handwritten interview notes from interviews of multiple third parties | 459 | | x | x | x | | | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interviews of multiple third parties who provided information to the FBI | 460 | | x | x | x | | | | | | | | | | x | | |
| | 461 | | x | | x | | | | | | | | | | x | | |
| | 462 | | x | x | x | | | | | | | | | | x | | |
| | 463 | | x | | x | | | | | | | | | | x | | |
| FD-340 1A envelope containing SA's handwritten interview notes from an interview of a third party | 464 | | x | x | x | | | | | | | | | | x | | |
| SA's handwritten interview notes documenting the interview of a third party who provided information to the FBI | 465 | | x | | x | | | | | | | | | | x | | |
| FD-340 1A envelope containing laboratory receipt | 466 | | x | x | | | | | | | | | | | x | | |
| Laboratory receipt | 467 | | x | x | | | | | | | | | | | x | | |
| | 468 | | x | x | | | | | | | | | | | x | | |
| FD-340 1A envelope containing notes prepared and used during interview of a third party by the FBI | 469 | | x | x | | | | | | | | | | | x | | |
| SA's handwritten notes used during an interview of a third party who provided information to the FBI | 470 | | x | x | x | x | | | | | | | | | x | | |
| | 471 | | x | | x | x | x | | | | | | | | x | | |
| FD-340 1A envelope containing records provided by a third party | 472 | | x | x | | | | | | | | | | | x | | |
| Records provided by a third party | 473 | | x | | | x | | | | | | | | | x | | |
| Handwritten note by a local law enforcement personnel documenting records provided by third parties[2] | 474 | | x | x | | | | | x | | | | | | x | | |
| Records provided by a third party | 475 | | x | | | x | | | | | | | | | x | | |
| | 476 | | x | | | x | | | | | | | | | x | | |
| | 477 | | x | | | x | | | | | | | | | x | | |
| | 478 | | x | | | x | | | | | | | | | x | | |
| Records provided by a third party | 479 | | x | | | x | | | | | | | | | x | | |
| | 480 | | x | | | x | | | | | | | | | x | | |
| | 481 | | x | | | x | | | | | | | | | x | | |
| | 482 | | x | | | x | | | | | | | | | x | | |
| | 483 | | x | | | x | | | | | | | | | x | | |
| | 484 | | x | | | x | | | | | | | | | x | | |
| | 485 | | x | | | x | | | | | | | | | x | | |
| | 486 | | x | | | x | | | | | | | | | x | | |
| Handwritten note by a local law enforcement personnel concerning a third party[2] | 487 | | x | x | x | x | | | x | | | | | | x | | |
| Records gathered by the FBI concerning third parties | 488 | | x | | | x | | | | | | | | | x | | |
| Records gathered by the FBI concerning third parties | 489 | | x | | | x | | | | | | | | | x | | |
| | 490 | | x | | | x | | | | | | | | | x | | |

| WIF Description | Bates | b5² | 7A¹ | 6/7C-1 | 6/7C-2 | 6/7C-3 | 6/7C-4 | 6/7C-5 | 6/7C-6 | 6/7C-7 | 6/7C-10 | 7D-8 | 7E-7 | 7E-13 | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Records gathered by the FBI concerning third parties | 491 | | x | | | x | | | | | | | | | x | | |
| | 492 | | x | | | x | | | | | | | | | x | | |
| | 493 | | x | | | x | | | | | | | | | x | | |
| | 494 | | x | | | x | | | | | | | | | x | | |
| | 495 | | x | | | x | | | | | | | | | x | | |
| | 496 | | x | | | x | | | | | | | | | x | | |
| | 497 | | x | | | x | | | | | | | | | x | | |
| FD-340 1A envelope containing evidence receipt | 498 | | x | x | | | | | | | | | | | x | | |
| FD-597 receipt of property received from the local law enforcement agency | 499 | | x | x | | | | | x | | | | | | x | | |
| FD-340a itemizing content of 1A envelopes | 500 | | x | x | x | | | | | | | | | | x | | |
| FD-340 1A envelope containing FD-192 | 501 | | x | x | | | | | | | | | | | x | | |
| FD-192 evidence data loading form containing information concerning property acquired for the investigation | 502 | | x | x | | | | | | | | | | | x | | |
| Chain of custody log | 503 | | x | x | | | | | | | | | | | x | | |
| FD-597 receipt of property returned to the local law enforcement agency | 504 | | x | x | | | | | x | | | | | | x | | |
| FD-340b 1A envelope containing SA's handwritten investigative notes concerning a third party | 505 | | x | x | x | | x | | | | | | | | x | | |
| SA's handwritten investigative notes regarding a third party | 506 | | x | | x | x | | | | | | | | | x | | |

[1]Typographical error. The FBI inadvertently cited Exemption coded category (b)(6) and (b)(7)(C)-1; however, Exemption coded category (b)(6) and (b)(7)(C)-6 is the applicable category for withholding information on Bates pages 24, 32, 34 and 82.

[2]The FBI inadvertently omitted, but is asserting, Exemption coded category (b)(6) and (b)(7)(C)-6 as an additional basis for withholding information on Bates page 42, 80, 474 and 487.

[3]The FBI inadvertently omitted, but is asserting, Exemption coded category (b)(6) and (b)(7)(C)-1 as an additional basis for withholding information on Bates page 63, 113, 114, 186, and 440.

[4]Typographical error. The FBI inadvertently cited Exemption coded category (b)(6) and (b)(7)(C)-1; however, Exemption coded category (b)(6) and (b)(7)(C)-3 is the applicable category for withholding information on Bates page 100.