UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY ALPER,

        Plaintiff,

    v.

DEPARTMENT OF JUSTICE,

        Defendant.

Civil Action No. 24-1837 (DLF)

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Cross-Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that Plaintiff's Cross-Motion for Summary Judgment is DENIED; and it is further

ORDERED that Defendant's Motion for Summary Judgment is GRANTED.

Dated:

_____
United States District Judge