IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY ALPER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 24-1837 (DLF) |
| | ) |
| **DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SUPPLEMENTAL DECLARATION OF TY ALPER

I, Ty Alper, declare as follows:

1. As I explained in my first Declaration, ECF No. 16, in 2018 a state trial court judge ordered State prosecutors to disclose their entire investigative files to Toforest Johnson's defense attorneys. This material comprised thousands of pages of documents. After submitting my first Declaration in this case on January 14, 2025, I identified additional unredacted FBI documents in the files provided to Mr. Johnson's lawyers by the Jefferson County Sheriff's Office (JCSO) and the Jefferson County District Attorney's Office.

2. The additional documents comprise thirteen (13) pages of original material.

3. One of the additional documents concerns Michael Ansley, the subject of the previously identified documents. The other documents name additional witnesses either interviewed by FBI agents in this case or identified as targets of the investigation.

4. The additional original material from the FBI is attached to this declaration as Exhibit A, and is summarized as follows:

   a) A six-page document from lead investigator and Jefferson County Sheriff's Deputy Tony Richardson initially requesting the FBI's assistance in interviewing Michael Ansley.

1

    b) A two-page document detailing the results of a July 21, 1995 investigation conducted by FBI Agent Cornelius Harris, Jr. and FBI Deputy James B. Burns. The document details their attempts to locate Quintez Wilson, one of the other men initially charged with the murder of Deputy Hardy. It lists the full names and addresses of several people the FBI contacted in an attempt to locate Wilson. The document also explains that the FBI formed a joint agency task force with local law enforcement and the Drug Enforcement Agency (DEA) to canvas an area in an effort to locate Omar Berry, another one of the four men initially charged with the murder.

    c) A three-page document summarizing a July 25 and July 26, 1995 interview also conducted by Agent Harris and Deputy Burns with Cynthia Jordan, Quintez Wilson's girlfriend, and her parents. The document also details a subsequent investigation conducted by FBI personnel and local law enforcement attempting to locate Wilson.

    d) A two-page document transcribed on August 3, 1995, summarizing FBI Deputy Russell Steen's interview of James H. Hinton, Jr., a guest staying at the hotel where Deputy Hardy was murdered at the time of the murder. The document includes Hinton's full name, date of birth, social security number, address, phone number, and employment information.

5.    I also identified a JCSO report dated July 24, 1995, stating that an officer provided FBI Special Agent Jeffrey C. Newton a piece of plastic found at the crime scene for identification. This report is also included in Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct, and that Exhibit A attached hereto is a true and correct copy.

Executed on this 6th day of March, 2025.

                              Ty Alper
                              Clinical Professor of Law
                              Co-Director, Death Penalty Clinic
                              Co-Director, Clinical Program
                              U.C. Berkeley School of Law

# Exhibit A

INFORMATION CONTAINED IN THIS REQUEST IS FOR LAW
ENFORCEMENT USE ONLY, AT THIS TIME, AND WOULD HAMPER
THE INVESTIGATION IF RELEASED.

        Michael Antonio Ansley
        B/M - ▇▇▇▇
        SS# ▇▇▇▇▇

M E M O R A N D U M

To: Jeffrey C. Newton, Special Agent
    Birmingham FBI

Re: Homicide of Deputy William Hardy (Request for Assistance)

Date: October 5, 1995

Agent Newton,

    As you know, this office is investigating the death of one of our officers, Deputy William Hardy, that occurred on 7/19/95. There have been arrests made in connection with the crime, but the investigation continues. There is a need for an individual, who has been interviewed concerning this incident, to be re-interviewed; hopefully, with the assistance of your agency. This individual is Michael Antonio Ansley who, at present, is playing professional basketball in Spain. At the time of this request, Mr. Ansley is not a suspect in this crime, but he may hold key information that is pertinent to the investigation. However, investigators have received conflicting information from Mr. Ansley, as well as others associated with him, concerning his activities prior to the death of Deputy Hardy and his involvement with person(s) charged in the crime. Being an investigator yourself, I'm hopeful you see the need we have to re-interview this individual and will see fit to assist in this matter.

                                                   Sincerely,

                                                   (Sgt.) Tony Richardson)
                                                   Jefferson County S/O

TR:ev

HOMICIDE

CASE NUMBER: 9507-3588

VICTIM: William Gerome "Bill" Hardy

Detectives: Sgts. Tony Richardson & Tom Salter,
Chief Investigators

On 7/19/95, Deputy Sheriff William Hardy was working a part time job for a local hotel, Crown Sterling Suites, when he was shot and killed. He was found at the rear of the hotel with gunshot wounds to his hand, mouth, and head. He was in his duty uniform at the time he was shot.

Early in the investigation, investigators learned that threats had been made on the life of Michael Antonio Ansley by a b/m @ Fella. It was later determined Ansley was on the hotel premises in the parking lot within minutes of the shooting. Several other things have been learned by investigators concerning Ansley. They include:

* He was born, reared, and educated in the Birmingham area.

* He has friends and family in the Pratt City community of Birmingham.

* He is a professional basketball player, now playing in Spain.

* His Mother and Stepfather, Leon and Annie Colvin, had been staying at the Crown Sterling Suites for 55-60 days prior to this incident and Ansley was paying all the bills.

* The morning of the incident, he changed cars in the parking lot of the hotel and left keys at the front desk around 12:30 a.m.

* He carries large sums of money on him.

* He is having marital problems with his wife, Kim, who still resides in Orlando, Florida, and a divorce is possible.

* He is the former fiance of Cynthia Jordan, who is the Mother of his son, and also is the girl-friend of one of the defendants in the case, Quintez Wilson @ Fella.

* His life has been threatened by Wilson, according to his parents and other witnesses, but he denies any knowledge of any threats.

* Hours before the crime, he was at a local nightclub, Tee's, where, at least, two of the defendants have said they were also.

During interviews with investigators, Ansley has maintained that he does not know of, and is not aware of anything that occurred in the parking lot of the hotel prior to or after the death of Deputy Hardy. He stated that on the night prior to the incident at the hotel he decided he was tired of driving his gold four-door Lexus so he decided to change cars, and after midnight he went to the hotel and got his red two door Lexus coupe. He was accompanied by a female, Monika Nicole Daniels, who helped him switch items from the cars. He then said he backed back around to the front of the hotel, left the keys to the gold Lexus and a $5.00 tip with the desk clerk, and left. His version of the route taken to get back to the front of the hotel after changing cars was disputed by Monika Daniels who says they drove around the rear of the hotel to get to the front.

Four suspects have been arrested and charged with capital murder in the death of Deputy Hardy. They are:

1. Omar Berry
2. ToForest Johnson
3. Ardragus Ford
4. Quintez Wilson

All four of the suspects have ties to the Pratt City area of Birmingham, and in the past have attended Jackson Olin High School, which is the school Michael Ansley attended. A fifth suspect, Leon Colvin, has been charged with hindering prosecution. He was a guest of the hotel and is the Stepfather of Ansley.

It is believed by investigators that Michael Ansley is withholding information that is pertinent to the investigation of this crime, and is misleading investigators by giving false information concerning his activities prior to the crime, as well as his knowledge of or involvement with people charged in the crime. There have been several witnesses interviewed including acquaintances of Ansley, as well as his parents, that have told investigators Quintez Wilson @ Fella had threatened to kill Ansley, but he will not admit this.

Investigators have been able to determine that the defendants in this crime went to the hotel and waited in the rear to complete a drug deal, possibly directly with Ansley, and during or afterwards they planned to rob him and, if necessary, kill him. Some of the things we are particularly concerned about and questions we need Ansley to answer are:

1. With the exception of Leon Colvin, do you know any of the people charged in this crime and if so, what is your relationship with them?

2. Did you go to the rear of the hotel after changing cars?

3. Did you see any of the defendants on the hotel property while you were there, or have you ever seen them on the property before?

4. Have any threats been made to you directly or indirectly by any of the defendants prior to or since the crime?

5. Have you ever been involved with drugs or drug deals?

6. What time were you at the hotel to change cars?

7. Were you or anyone with you armed while you were at the hotel?

8. Who was with you while you changed cars?

9. Did anyone besides you and that person know you were in the hotel lot to change cars? How did they know?

10. What time did you arrive at Tee's Club, and what time did you leave? Who were you with? Who left with you?

11. Did you see any of the defendants at Tee's Club?

12. What are the names of the persons you rented a room for at the Days Inn prior to your going to change cars? How can they be contacted?

13. How long have you known Monika Daniels? How long have you been dating her? Is she in Spain with you? Has she been?

14. Why did you go to Leon Johnson's house after you left the Crown Sterling?

15. Did Leon Johnson contact you or did you contact him?

16. How does Leon contact you? Provide any phone numbers and addresses known.

17. Do you have a pager? What is the number?

18. Did you talk to Cynthia Jordan prior to going and changing cars? If so, what time?

19. After leaving the Crown Sterling, when is the next time you spoke to your Mother or Stepfather? What time? Who contacted whom, and by what means of communication?

20. When did you first learn of the deputy being shot? Who told you?

21. Have you told anyone that you saw, heard, or otherwise, have any knowledge of this crime?

22. Have you been totally honest with investigators?

23. Will you be available for further questions and continue to cooperate with investigators, if necessary?

24. Within days of the crime, did you borrow money from anyone? If so, who from and how much? Why?

25. Do you have knowledge of the crime, no matter how obtained, that may help investigators, but for some reason you are afraid to tell them?

26. Can you suggest anyone investigators may need to speak with that may have information concerning the crime?

27. What have you heard happened?

TR:ev

File Number 184B-BH-44128

CH:ch

The following investigation was conducted by Officer CORNELIUS HARRIS, JR. and Deputy JAMES B. BURNS concerning the whereabouts of QUINTEZ LAMONT WILSON on July 21, 1995.

At approximately 1800 hours FRANSETTA DAVIDSON was interviewed at her residence of 4223 40th Court North, Birmingham, Alabama. DAVIDSON stated that she and WILSON'S ex-girlfriend, CYNTHIA JORDAN, are good friends. According to DAVIDSON, WILSON has been living with JORDAN at 3505 Ridgeview Drive, Irondale, Alabama. This despite JORDAN having signed a felony warrant against WILSON for the charge of kidnapping, 2nd degree.

According to investigators at the Jefferson County Sheriff's Office (Birmingham, Alabama), MICHAEL ANSLEY is the owner of the 3505 Ridgeview Drive address. ANSLEY and WILSON are said to be enemies and are not likely to be at the same household. The Jefferson County Sheriff's Office requested that contact not be made with the occupants of this residence at this time.

At approximately 1830 hours a joint agency task force was formed by the Jefferson County Sheriff's Office which also

consisted of members from the Birmingham Police Department, Drug Enforcement Agency, and the Federal Bureau of Investigation Violent Crimes/ Fugitive Task Force. The purpose of the joint agency effort was to canvass the Pratt City (a western Birmingham community) area in an effort to gain additional information on WILSON and to locate an acquaintance of WILSON, OMAR BERRY.

BERRY was located at 917 Cherry Avenue, Birmingham, Alabama and was arrested by the Jefferson County Sheriff's Office.

At approximately 2100 hours Reverend R. ELDER JORDAN was interviewed at his residence of 122 Avenue Z Pratt City. Rev. JORDAN is the father of CYNTHIA JORDAN, the ex-girlfriend of QUINTEZ WILSON.

REV. JORDAN advised that CYNTHIA left town on Friday July 21, 1995 for vacation in Atlanta, Georgia. CYNTHIA explained that she needed some to "get her head straight." CYNTHIA is expected to return to her parents home on Tuesday, July 25, 1995.

Additional attempts to locate WILSON or associates of WILSON proved negative.

BH 184B-BH-44128
JBB/jbb

    The following investigation was conducted by Deputy J.B. Burns and Officer Cornelius Harris, Jr., (FBI-VCFTF) on July 25th and 26th at Birmingham, Alabama.

    On July 25, 1995, Ms. Cynthia Jordan came into the FBI office and was interviewed by Deputy Burns about her knowledge on B/M Quintez Wilson. Ms. Jordan stated that they dated for a few months earlier this year, but has since broken up. Ms. Jordan stated that they are still friends and the last time she saw him was on July 21, 1995. Ms. Jordan stated they she talked with him when he came to her house in Irondale, Alabama. Ms. Jordan stated that after talking with him she and a friend, Carmen Cook, went to Atlanta, Georiga. Ms. Jordan stated that they returned to Jefferson County on July 22, 1995 and checked into the Villager Lodge-Birmingham West, 5601 E.J.Oliver Boulevard, Fairfield, Alabama where they stayed until July 25, 1995. Ms. Jordan stated that she heard that the deputy was looking for her, so she came to the office. Ms. Jordan stated that although she has not seen Wilson and does not know where he is staying she will attempt to locate him and call deputy with the location.

    On July 26, 1995, deputy and Officer Harris went to 122 Aveune Z, Pratt City, Birmingham, Alabama, and spoke with Ms. Jordan's parents. Rev. Jordan stated that Ms. Jordan was not home because she is on her way to Irondale to move her belongings out of the house at 3505 Ridge View Dr., Irondale. Rev. Jordan stated

that Ms. Jordan was co-owner of the house that she shared with Michael Ansley until he bought her share earlier this year. Rev. Jordan stated that Ansley purchased the house when they were engaged to be married. Rev. Jordan stated that when they broke off the engagement and Ansley moved to Orlando, Florida, Ms. Jordan lived in the house until they reached an agreement.

Deputy asked Rev. Jordan about Ms. Jordan and her relationship with Quintez Wilson. Rev. Jordan stated that he knew of their relationship, but he never approved of it. Rev. Jordan stated that he has known Wilson all his life and knows him to be a person that hangs around drugs. Rev. Jordan stated that Ms. Jordan knew that Wilson was not welcome at his house, so she would not bring Wilson to his house. Rev. Jordan stated that Wilson has friends in the neighborhood and comes through often.

While talking to Rev. Jordan, Ms. Jordan drove up. Ms. Jordan stated that she has not been able to locate Wilson. Ms. Jordan stated that she remembers that Wilson has an aunt in Bessemer, Alabama, but she does not know her name. She also stated that he has a daughter by a female known to her only as "Shunda" who lives in Forestdale, Alabama and she drives a white Toyota. Ms. Jordan stated that she will call if she hears from Wilson.

Deputy and Officer Harris went to Forestdale in an attempt to locate "Shunda" and Officers McPhate and O'Neal went to Bessemer in search of Wilson's aunt. Deputy and Officer Harris was able to locate an address for a female Lashunda K. McKee, of

114 Crabapple Ln. Apt. C Forestdale. Deputy and Officer Harris went to the above address, but no one was home. Officers O'Neal and McPhate were unable to locate any relatives of Wilson in Bessemer.

     Deputy and Officer Harris went to the Villager Lodge and talked to the manager and employees about the people in room 409, the room Ms. Jordan stated that she and Ms. Cook stayed in from July 22nd to July 25th. The manager stated that the room is registered in the name of Carmen Cook and she has not checked out. A picture of Wilson was shown and one employee stated that she believes that she saw him at the lodge on July 25th. A maid stated that she took some extra towels to room 409 and saw clothing and food supplies in the room.

     While deputy and Officer Harris were searching for Wilson, Officer Steve White of Birmingham Police Department called and informed them that a Ms. Tomeyka Porter called him about Wilson. Officer White stated that Ms. Porter stated that Wilson is planning to surrender sometime before 6p.m. Officer White stated that he knows Ms. Porter to be a friend of Wilson who lives next door to Wilson's friend Omar Berry.

     Deputy called the JCSO and informed them of the above information and while deputy was talking to the JCSO, Officer White called Officer Harris and informed him that he had received a call from Lt. Cooly, Bham PD, that Wilson was in custody.

FD-302 (Rev. 3-10-82)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  8/8/95

On August 3, 1995, JAMES H. HINTON. JR. was interviewed at his place of employment, PROTECTIVE LIFE located at 2801 Highway 280 South, Birmingham, Alabama 35223, and provided the following information concerning the homicide investigation of JEFFERSON COUNTY SHERIFF'S DEPARTMENT Deputy WILLIAM HARDY.

On July 18, 1995, HINTON returned to his hotel room at the CROWN STERLING SUITES (CSS), room number 414, at approximately 5:00 P.M. HINTON changed clothes and prepared to go to the swimming pool area of the CSS at approximately 5:30 P.M.

While at the pool area, HINTON observed five or six black males that were in the swimming pool. HINTON stated that these subjects looked very suspicious so he walked away from the pool and went to the hot tub area located in the same proximity.

As HINTON entered the hot tub, he noticed that three of the black males had followed him to that location. The three subjects entered the hot tub with HINTON, and they began to quiz him concerning his employment and reasons for being at the CSS.

At first HINTON could not determine the motive for the inquiry, but later thought it was to obtain his room number for a possible robbery.

HINTON could not describe the black males except that all were in their late teens or early twenties except for one who appeared to be in his forties. Each of the subjects wore a large quantity of gold chains around their necks.

HINTON left the hot tub area at approximately 6:00 P.M. to return to his room. HINTON was unaware of anything unusual happening during the night until a loud knock at his hotel door awakened him. HINTON was quizzed by a Deputy Sheriff about the incident, but he could not remember anything to advise the Deputy of at that time.

Investigation on  8/3/95   at  Birmingham, Alabama

File #  184B-BH-44128

by  Deputy RUSSELL STEEN          Date dictated  8/8/95

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 11-15-83)

184B-BH-44128

Continuation of FD-302 of  JAMES H. HINTON, JR.                            , On  8/3/95      , Page  2

       Hinton stated that after the shock of learning of the homicide subsided, he attempted to recollect his thoughts about the evening and night of the incident, but he could not remember anything unusual occurring.

       HINTON referred to a news article in the BIRMINGHAM NEWS in which the photographs of the suspects were printed, and after observing the photographs in the newspaper, he was certain that the subjects he encountered at the swimming pool area were not the same as the ones in the newspaper.

       HINTON also referred to a conversation that he had with the night clean-up person known only to HINTON as JERRY. According to HINTON, on July 19, 1995, the exact time of the day unknown, but HINTON believes it to be around 7:00 P.M., JERRY informed HINTON that as he was leaving the hotel via the rear door, the location of the incident, he heard someone say, "No that's not him." This information lead HINTON to believe that possibly the perpetrators were outside the hotel at the time JERRY exited the rear door, and were waiting for HARDY to exit.

       The above information was provided by JAMES H. HINTON, Jr., white male, date of birth ████████████, social security account number ████████████, resides at 480 Saint Augustine, Madison, Mississippi 39110, home telephone number (601) 856-3453, work telephone number (601) 853-0032, employed as National Sales Manager for PROTECTIVE LIFE INSURANCE COMPANY.

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT SUPPLEMENT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | 2 AGENCY NAME | 3 DATE AND TIME OF REPORT | 4 CASE # | 5 SFX |
|---|---|---|---|---|
| 0 0 1 0 0 0 0 | Jefferson Co. S/O | 07/24/95 0920 AM | 9507-3588 | |

| 6 VICTIM'S NAME (ORIGINAL REPORT) | 7 ORIGINAL OFFENSE DATE | 8 TYPE REPORT |
|---|---|---|
| Hardy, William | 07/19/95 | ☐ CONTINUATION ☐ FOLLOW-UP |

| 9 ORIGINAL INCIDENT/OFFENSE | 10 UCR CODE | 11 STATE CODE/LOCAL ORDINANCE |
|---|---|---|
| Homicide Investigation | | |

| 12 NEW INCIDENT/OFFENSE | 13 UCR CODE | 14 STATE CODE/LOCAL ORDINANCE |
|---|---|---|
| | | |

| 15 HAS AN ARREST BEEN MADE? | 16 DATE OF ARREST | 17 HAS WARRANT BEEN OBTAINED? | 18 DATE OF WARRANT | 19 PRIOR YEAR | PREMISE / WEAPON |
|---|---|---|---|---|---|
| ☐ YES ☑ NO | | ☐ YES ☑ NO WARRANT # | | | |

**NARRATIVE:**

At 0920 hrs today I gave Special Agent Jeffrey C. Newton with the F.B.I. a piece of plastic which was found at the scene of this offence. ECU No. 444/95

SA. Jeffrey C. Newton will try to identify and return it as soon as possible.

**46 REPORTING OFFICER:** Frazier Jerry D 0352

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—33 REV. 5-92