**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TY ALPER,

*Plaintiff,*

v.                                                    No. 24-cv-1837 (DLF)

DEPARTMENT OF JUSTICE,

*Defendant.*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Alper's Renewed Motion for Summary Judgment, Dkt. 26, as to documents withheld under Exemptions 6 and 7(C) is **GRANTED**.  It is further

**ORDERED** that Alper's Motion for Partial Reconsideration, Dkt. 26, as to documents withheld under Exemption 5 is **DENIED**.  It is further

**ORDERED** that the government shall disclose, forthwith and no later than May 22, 2026, the names of the agents who drafted the 1997 FBI memorandum; the redacted names in the Ansley documents; and the names of the hotel guests that match their witness statements.  It is further

**ORDERED** that the government shall file, on or before June 15, 2026, a supplemental declaration addressing in detail whether any non-privileged information in the documents withheld under Exemption 5, including nonlegal strategic advice, is segregable and disclosable to Alper.

**SO ORDERED.**

DABNEY L. FRIEDRICH
United States District Judge

May 14, 2026