UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY ALPER,

      Plaintiff,

    v.

DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 24-1837 (DLF)

## MOTION FOR AN EXTENSION OF DISCLOSURE DEADLINE

By and through undersigned counsel, Defendant respectfully moves to extend by approximately sixty days the May 22, 2026, deadline for the disclosure of documents withheld by Defendant under Freedom of Information Act ("FOIA") Exemptions 6 and 7(C), consistent with the Court's order of May 14, 2026. *See* Order (ECF No. 31). Specifically, the Court has ordered disclosure of "the names of the agents who drafted the 1997 FBI memorandum; the redacted names in the Ansley documents; and the names of the hotel guests that match their witness statements." *Id*. Plaintiff, through counsel, opposes the relief sought in this motion. The grounds for this motion are as follows.

This is an action brought pursuant to FOIA, 5 U.S.C. § 552, in which Plaintiff seeks to compel the disclosure of records in response to their request to Defendant. In this Court's May 14, 2026, Order, Plaintiff was awarded summary judgment as to documents withheld by Defendant under FOIA Exemptions 6 and 7(C), and Defendant was ordered to disclose information withheld under those exemptions no later than May 22, 2026. However, Defendant notes that it is afforded a right of appeal under Federal Rule of Civil Procedure 4(a)(1)(B) within sixty days and that strict compliance with the Court's disclosure deadline would moot Defendant's appellate rights. Further,

the Justice Manual details the process by which the Department of Justice assesses whether an appeal a decision adverse to the United States in a civil matter handled by the United States Attorneys' Office is appropriate, and this process must take its course before Defendant can disclose the information referenced in the Court's May 14, 2026, Order. Finally, any prejudice that Plaintiff may suffer (and it is unclear he will suffer any prejudice if, for example, a determination is made not to seek further review and the subject records are released in July instead of in May) is necessarily outweighed by the prejudice that Defendant will suffer by the premature dissipation of its appellate rights.

Accordingly, in order to ensure that Defendant has adequate time to determine whether further review of this Court's order is warranted, Defendant respectfully requests that the Court extend the deadline for the disclosures until July 14, 2026.

Dated: May 18, 2026                           Respectfully submitted,


                                              JEANINE FERRIS PIRRO
                                              United States Attorney


                                              By:            /s/
                                                  FITHAWI BERHANE
                                                  Assistant United States Attorney
                                                  601 D Street, NW
                                                  Washington, DC 20530
                                                  (202) 252-6653
                                                  Fithawi.Berhane@usdoj.gov

                                              *Attorneys for the United States of America*