UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY ALPER,

        Plaintiff,

    v.                                                          Civil Action No. 24-1837 (DLF)

DEPARTMENT OF JUSTICE,

        Defendant.

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension by approximately sixty days of the Court's May 22, 2026, disclosure deadline, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant's deadline for disclosing records withheld under Exemption 6 and 7(C) is extended to July 14, 2026.

Dated:                                                   _____

                                                  United States District Judge