**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TY ALPER,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　*Defendant.* | No. 24-cv-1837 (DLF) |

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum Opinion, it is,

**ORDERED** that the plaintiff's request for an *in camera* inspection, Dkt. 37, is **DENIED**.

It is further

**ORDERED** that the Clerk of Court shall close the case.

DABNEY L. FRIEDRICH
United States District Judge

July 2, 2026