**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TY ALPER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | Civil Action No. 24-1837 (DLF) |
| ) | |
| **DEPARTMENT OF JUSTICE**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for an Award of Attorneys' Fees and Costs, the memorandum and declaration submitted in support thereof, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**, and plaintiff is awarded $130,593.10 in attorneys' fees and $405.00 in costs pursuant to 5 U.S.C. § 552(a)(4)(E).

Dated: _____

_____
DABNEY L. FRIEDRICH
United States District Judge