# Exhibit 1

**EXHIBIT 1**

*Alper v. U.S. Department of Justice, No. 1:24-cv-01837 (DLF) (D.D.C.)*

**Fee Chart**

| Date | Description of Work | Hours | Rate | Exclude/Reduce? | Justification for Exclusion/Reduction |
|---|---|---|---|---|---|
| 6/13/2024 | Advise client re potential FOIA litigation | 0.7 | $864 | Y - Exclude | Vague; clerical and administrative |
| 6/14/2024 | Advise client; confirm representation terms | 0.7 | $864 | Y - Exclude | Vague; clerical and administrative |
| 6/18/2024 | Draft FOIA complaint; address case-caption question | 3.0 | $864 | Y - Reduce | Vague; excessive; block-billing |
| 6/19/2024 | Revise complaint; advise client re filing | 0.7 | $864 | Y - Reduce | Vague; excessive; block-billing |
| 6/20/2024 | Review FBI response to expedition request; advise client | 0.5 | $864 | Y - Reduce | Vague; excessive; block-billing |
| 6/25/2024 | Advise client; finalize complaint for filing (No. 24-cv-1837); clerical filing tasks excluded | 1.2 | $864 | Y - Reduce | Vague; block-billing |
| 6/28/2024 | Correspondence re FOIPA request status | 0.2 | $864 | Y - Exclude | Vague -- "Correspondence" with whom? |
| 7/22/2024 | Correspondence re FOIPA request | 0.2 | $864 | Y - Exclude | Vague -- "Correspondence" with whom? |
| 8/7/2024 | Review answer and notice of appearance (ECF 6-7) | 0.2 | $864 | | |
| 8/8/2024 | Correspondence with AUSA Berhane re court-ordered meet-and-confer and case schedule | 0.5 | $864 | Y - Reduce | Excessive -- The "correspondence" in this time entry consists of a one-line email. *See* Exhibit 2 of Opposition |
| 8/12/2024 | Correspondence with AUSA re proposed schedule for joint status report | 0.5 | $864 | Y - Reduce | Excessive -- The "correspondence" in this time entry consists of a five-word email. *See* Exhibit 3 of Opposition. |
| 8/23/2024 | Correspondence with AUSA re joint status report | 0.2 | $864 | | |
| 8/27/2024 | Correspondence with AUSA; JSR coordination | 0.5 | $864 | Y - Reduce | Excessive -- The "correspondence" in this time entry consists of a three-sentence email. *See* Exhibit 4 of Opposition. |
| 8/28/2024 | Advise client | 0.5 | $864 | Y - Exclude | Vague |
| 8/29/2024 | Draft and revise joint status report; exchange with AUSA; finalize for filing | 2.0 | $864 | Y - Reduce | Vague; excessive -- Plaintiff's position statement in the Joint Status Report only amounts to two pages, *see* ECF No. 8; block-billing |
| 8/30/2024 | Advise client re JSR outcome | 0.2 | $864 | Y - Exclude | Vague |
| 9/19/2024 | Review team memo re FOIA Exemption 7(A) showing | 0.5 | $864 | | |
| 9/20/2024 | Analysis and correspondence re Exemption 7(A) memo | 0.7 | $864 | Y - Reduce | Vague; block-billing |
| 9/23/2024 | Advise client; meeting preparation | 0.7 | $864 | Y - Exclude | Vague; block-billing |
| 9/24/2024 | Docket review; correspondence with client re delivery of agency production and forthcoming joint status report | 0.2 | $864 | Y - Exclude | Vague; block-billing |
| 9/25/2024 | Correspondence with AUSA and client re delivery address for agency production | 0.2 | $864 | Y - Exclude | Vague; block-billing; clerical and administrative |
| 9/26/2024 | Correspondence with AUSA re September joint status report | 0.2 | $864 | | Excessive -- Plaintiff merely provided his address. See Exhibit 5 of Opposition. |
| 9/27/2024 | Draft and revise September joint status report; exchange with AUSA | 1.5 | $864 | Y - Exclude | Excessive -- the 9/27/24 JSR, which was only 3 sentences, was drafted by the AUSA, see Exhibit 5 of Opposition; block-billing |
| 10/1/2024 | Review FOIA response correspondence | 0.2 | $864 | Y - Reduce | Vague |
| 10/7/2024 | Correspondence with AUSA re production status | 0.2 | $864 | Y - Reduce | Excessive -- The "correspondence" in this time entry consists of two short sentances. See Exhibit 6 of Opposition. |
| 10/11/2024 | Correspondence with AUSA re production/schedule | 0.5 | $864 | Y - Reduce | Excessive -- The "correspondence" in this time entry consists of two short sentances. See Exhibit 7 of Opposition. |
| 10/14/2024 | Correspondence with AUSA re production status and October joint status report | 0.2 | $864 | Y - Reduce | Excessive -- The "correspondence" in this time entry consists of only two complete sentences. See Exhibit 8 of Opposition. |
| 10/15/2024 | Correspondence with AUSA re October joint status report | 0.2 | $864 | Y - Reduce | Excessive -- The "correspondence" in this time entry consists of a one line email. See Exhibit 9 of Opposition. |
| 10/17/2024 | Advise client | 0.7 | $864 | Y - Exclude | Vague |
| 10/29/2024 | Correspondence re research/search issues | 0.2 | $864 | Y - Exclude | Vague; non-compensable since Plaintiff never challenged the adequacy of the search in this case. |
| 1/2/2025 | Review revised Alper declaration in support of cross-MSJ | 1.5 | $933 | Y - Reduce | Vague; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |

| | | | | | |
|---|---|---|---|---|---|
| 1/4/2025 | Legal research and analysis for opposition/cross-motion | 2.0 | $933 | Y - Reduce | Vague; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 1/6/2025 | Briefing analysis; advise client | 1.0 | $933 | Y - Reduce | Vague; block-billing; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 1/8/2025 | Review prosecution-background summary; opposition drafting | 2.5 | $933 | Y - Exclude | Vague; block-billing; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 1/9/2025 | Revise draft opposition memorandum | 4.0 | $933 | Y - Reduce | Vague; block-billing; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 1/10/2025 | Continued revision of opposition memorandum | 2.0 | $933 | Y - Reduce | Vague; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 1/12/2025 | Review and revise cite-checked opposition and cross-motion brief | 4.0 | $933 | Y - Reduce | Vague; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 1/13/2025 | Finalize cross-motion, statement of material facts, proposed order; coordinate with AUSA; prepare opposition and cross-motion for filing (ECF Nos. 14, 15) | 7.0 | $933 | Y - Reduce | Vague; excessive; block-billing; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 1/14/2025 | Motion to seal, corrected Alper declaration (ECF 16); post-filing coordination | 3.0 | $933 | Y - Exclude | Vague; block-billing; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 1/15/2025 | Post-filing correspondence re sealed declaration and redacted exhibit | 1.0 | $933 | Y - Exclude | Vague -- "correspondence" with whom?; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 2/20/2025 | Review docket entry; reply planning | 1.0 | $933 | Y - Exclude | Vague; block-billing; non-compensable (i.e., Plaintiff's MSJ was only partially successful); clerical and administrative |
| 2/21/2025 | Reply analysis; advise client | 1.5 | $933 | Y - Reduce | Vague; block-billing; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 2/23/2025 | Reply drafting/analysis | 1.0 | $933 | Y - Reduce | Vague; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 3/5/2025 | Revise draft summary judgment reply memorandum | 5.0 | $933 | Y - Reduce | Vague; excessive; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 3/6/2025 | Finalize and file SJ reply (ECF 20) | 4.0 | $933 | Y - Reduce | Vague; excessive; non-compensable (i.e., Plaintiff's MSJ was only partially successful); clerical and administrative |
| 3/21/2025 | Advise client regarding pending litigation issue | 0.2 | $933 | Y - Exclude | Vague -- what "pending litigation issue"? |
| 4/15/2025 | Analysis of Vaughn Index coding; correspondence with client | 0.5 | $933 | Y - Reduce | Vague - "correspondence" with whom, and what is "Vaughn index coding"?; block-billing; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 5/27/2025 | Review memorandum opinion and order (ECF 21-22); advise client | 1.5 | $933 | Y - Reduce | Vague; block-billing; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 5/28/2025 | Meet-and-confer outreach to AUSA per court order | 0.5 | $933 | Y - Reduce | |
| 6/2/2025 | Meet-and-confer preparation; advise client | 0.5 | $933 | Y - Exclude | Vague; block-billing; excessive - "preparation" how and for what? |
| 6/3/2025 | Meet-and-confer with AUSA; revise joint status report; request statement of agency intentions per exemption; finalize for filing (ECF 23) | 2.5 | $933 | Y - Reduce | Vague; block-billing; excessive - Plaintiff's position statement in the filed JSR was short |
| 6/4/2025 | Review filed JSR and order | 0.2 | $933 | Y - Exclude | Vague; excessive -- Plaintiff cannot recover for reviewing own filings |
| 7/7/2025 | Follow-up re agency compliance with June 4 | 0.2 | $933 | Y - Exclude | Vague ("follow-up" how?) |
| 7/8/2025 | Correspondence with AUSA re agency's processing under June 4 order | 0.7 | $933 | Y - Reduce | Excessive -- The "correspondence" in this time entry consists of a one line email. See Exhibit 10 of Opposition. |
| 7/9/2025 | Draft letter to AUSA re agency's processing under | 0.7 | $933 | Y - Reduce | Excessive -- The "letter" in this time entry consists of a short email. See Exhibit 11 of Opposition. |
| 7/10/2025 | Review government counsel response; advise client re status report | 0.5 | $933 | Y - Exclude | Vague; block-billing; excessive |
| 7/14/2025 | Analyze agency production (duplicative documents); draft joint status report; exchange with AUSA | 2.0 | $933 | Y - Reduce | Vague; block-billing; excessive |
| 7/16/2025 | Docket review and correspondence with AUSA re joint status report | 0.5 | $933 | Y - Reduce | Vague; block-billing; excessive |
| 7/22/2025 | Review government's position on renewed briefing sequence; analysis and correspondence with | 0.7 | $933 | Y - Reduce | Vague; block-billing; excessive |
| 7/23/2025 | Continued analysis; conference with client re strategy for renewed motion | 0.5 | $933 | Y - Reduce | Vague; block-billing; excessive |
| 7/25/2025 | Correspondence with AUSA | 0.2 | $933 | | |
| 7/31/2025 | Revise and finalize joint status report for filing (ECF 25) | 1.5 | $933 | Y - Reduce | Vague; block-billing; excessive |
| 8/8/2025 | Advise client | 0.2 | $933 | Y - Exclude | Vague |
| 8/18/2025 | Review draft Alper declaration for renewed motion | 1.5 | $933 | | Vague; non-compensable (i.e., Plaintiff's motion was only partially successful) |
| 8/25/2025 | Review revised declaration; renewed-motion planning | 2.0 | $933 | | Vague; block-billing; non-compensable (i.e., Plaintiff's motion was only partially successful) |

| | | | | | |
|---|---|---|---|---|---|
| 8/26/2025 | Roth standard research; declaration review; additional citations | 3.0 | $933 | Y - Exclude | Vague -- e.g., what is the "roth standard"?; block-billing; non-compensable (i.e., Plaintiff's MSJ was only partially successful) |
| 8/27/2025 | Declaration additions for renewed motion (Exemption 5 analysis time apportioned and excluded) | 0.7 | $933 | Y - Exclude | Vague; block-billing; non-compensable (i.e., Plaintiff's motion was only partially successful); non-contemporaneous (i.e., time entry adjusted after motion partially denied) |
| 8/28/2025 | Review revised declaration; begin renewed motion draft (Exemption 5 analysis time apportioned and | 1.0 | $933 | Y - Exclude | Vague; block-billing; non-compensable (i.e., Plaintiff's motion was only partially successful); non-contemporaneous (i.e., time entry adjusted after motion partially denied) |
| 8/29/2025 | Draft renewed summary judgment motion and supporting Alper declaration; portion attributable to unsuccessful, severable issues (reconsideration vehicle; three-document claim) apportioned and excluded | 6.5 | $933 | Y - Exclude | Vague; block-billing; non-compensable (i.e., Plaintiff's motion was only partially successful); non-contemporaneous (i.e., time entry adjusted after motion partially denied) |
| 8/30/2025 | Procedural analysis of vehicle for renewed motion; review authority; restructure motion (reconsideration-specific time apportioned and excluded) | 1.5 | $933 | Y - Exclude | Vague; block-billing; non-compensable (i.e., Plaintiff's motion was only partially successful); non-contemporaneous (i.e., time entry adjusted after motion partially denied) |
| 8/31/2025 | Draft combined summary judgment and reconsideration motion; circulate for review | 4.0 | $933 | Y - Exclude | Vague; block-billing; non-compensable (i.e., Plaintiff's motion was only partially successful); non-contemporaneous (i.e., time entry adjusted after motion partially denied) |
| 9/1/2025 | Finalize supplemental SMF, proposed order, second supplemental declaration and exhibits; resolve filing questions | 4.0 | $933 | Y - Reduce | Vague; block-billing; non-compensable (i.e., Plaintiff's motion was only partially successful); non-contemporaneous (i.e., time entry adjusted after motion partially denied) |
| 9/2/2025 | Final cite-check and filing (ECF 26) | 1.0 | $933 | Y - Exclude | Excessive; non-compensable (i.e., Plaintiff's motion was only partially successful) |
| 9/26/2025 | Correspondence re response schedule for renewed motion | 0.5 | $933 | Y - Exclude | Vague; excessive -- the AUSA received no "correspondence" on this date, so "correspondence" with whom? |
| 10/1/2025 | Review Standing Order No. 25-55 (stay of civil proceedings involving the United States upon lapse of appropriations); advise client re effect on briefing schedule | 0.7 | $933 | Y - Exclude | Non-compensable -- Plaintiff is not entitled to fees because the Court took measures to deal with a government shutdown |
| 10/13/2025 | Advise client re potential motion | 0.5 | $933 | Y - Exclude | Non-compensable -- Plaintiff is not entitled to fees because the Court took measures to deal with a government shutdown |
| 10/15/2025 | Review comparable docket (25-946); draft motion review; seek government position from | 1.5 | $933 | Y - Exclude | Non-compensable -- Plaintiff is not entitled to fees because the Court took measures to deal with a government shutdown |
| 10/16/2025 | Correspondence with deputy civil chief Pfaffenroth re government position; edit and file motion for relief with proposed order (ECF 27) | 2.5 | $933 | Y - Exclude | Non-compensable -- Plaintiff is not entitled to fees because the Court took measures to deal with a government shutdown |
| 10/17/2025 | Post-filing correspondence;docket review | 0.7 | $933 | Y - Exclude | Clerical and administrative; Non-compensable -- Plaintiff is not entitled to fees because the Court took measures to deal with a |
| 10/21/2025 | Review government opposition (ECF 28); advise client | 1.0 | $933 | Y - Exclude | Vague; Non-compensable -- Plaintiff is not entitled to fees because the Court took measures to deal with a government shutdown |
| 10/22/2025 | Research memo re FBI agents testifying (responsive to ECF 28) | 1.5 | $933 | Y - Reduce | Vague; non-compensable (i.e., Plaintiff's motion was only partially successful) |
| 10/27/2025 | Pleading outline and short declaration | 1.0 | $933 | Y - Reduce | Vague (i.e., what "pleading"?); non-compensable (i.e., Plaintiff's motion was only partially successful) |
| 10/28/2025 | Continued outline/declaration work | 1.0 | $933 | Y - Reduce | Vague; non-compensable (i.e., Plaintiff's motion was only partially successful) |
| 10/29/2025 | Privacy-point analysis; revise declaration | 2.5 | $933 | Y - Reduce | Vague; block-billing; non-compensable (i.e., Plaintiff's motion was only partially successful) |
| 10/30/2025 | Draft reply memorandum; circulate | 3.0 | $933 | Y - Reduce | Vague; non-compensable (i.e., Plaintiff's motion was only partially successful) |
| 10/31/2025 | Revise and file reply (ECF 29) | 3.0 | $933 | Y - Reduce | Vague; non-compensable (i.e., Plaintiff's motion was only partially successful) |
| 1/26/2026 | Case status review; advise client | 0.5 | $998 | Y - Exclude | Vague; block-billing |
| 1/29/2026 | Follow-up correspondence re Alper declaration | 0.2 | $998 | Y - Exclude | Vague -- "Correspondence" with whom? |
| 2/16/2026 | Review revised fourth supplemental Alper declaration | 1.0 | $998 | Y - Reduce | Vague; non-compensable (i.e., Plaintiff's motion was only partially successful) |
| 2/17/2026 | Docket review re filing of fourth supplemental declaration (ECF 30) | 0.2 | $998 | Y - Exclude | Vague; clerical and administrative |
| 3/4/2026 | Advise client re case status | 0.5 | $998 | Y - Exclude | Vague |
| 4/1/2026 | Correspondence re case status while decision pending | 0.2 | $998 | Y - Exclude | Vague -- "Correspondence" with whom and about what? |
| 4/22/2026 | Correspondence re case status while decision pending | 0.2 | $998 | Y - Exclude | Vague -- "Correspondence" with whom and about what? |
| 5/14/2026 | Review memorandum opinion and order (ECF 31-32); initial analysis | 1.0 | $998 | Y - Reduce | Vague; block-billing |
| 5/15/2026 | Review decision; advise client | 1.0 | $998 | Y - Exclude | Vague; block-billing; double-billing for work already performed on |
| 5/16/2026 | Continued analysis; correspondence with AUSA | 0.7 | $998 | Y - Reduce | Vague; block-billing |

| | | | | | |
|---|---|---|---|---|---|
| 5/18/2026 | Advise client | 0.5 | $998 | Y - Exclude | Vague |
| 5/19/2026 | Draft and file opposition to government's motion to extend disclosure deadline (ECF 34) | 0.5 | $998 | Y - Exclude | Non-compensable -- the motion to extend was granted and the argument upon which it was based was correct |