# Exhibit 3

**From:** David Sobel
**To:** Berhane, Fithawi (USADC)
**Subject:** [EXTERNAL] Re: Activity in Case 1:24-cv-01837-DLF ALPER v. DEPARTMENT OF JUSTICE Order
**Date:** Monday, August 12, 2024 11:30:11 AM

Isaac -

Checking back on this. Thanks.

- D.

> On Aug 8, 2024, at 10:57 AM, David Sobel <sobel@att.net> wrote:
>
> Hi Isaac -
>
> I hope you are doing well. I would like to discuss this case as soon as possible, it seems like we should be able to get this resolved quickly. Please let me know when we can speak.
>
> Best,
>
> - David
>
>> On Aug 8, 2024, at 10:41 AM, DCD_ECFNotice@dcd.uscourts.gov wrote:
>>
>> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
>> *****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
>>
>> **U.S. District Court**
>>
>> **District of Columbia**
>>
>> **Notice of Electronic Filing**

The following transaction was entered on 8/8/2024 at 10:40 AM and filed on 8/8/2024

**Case Name:** ALPER v. DEPARTMENT OF JUSTICE
**Case Number:** 1:24-cv-01837-DLF
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER requiring the parties to MEET AND CONFER and file a joint status report proposing a schedule for further proceedings. The status report should address the status of the plaintiff's FOIA request, including the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents. The parties shall file the joint status report on or before August 29, 2024. So Ordered by Judge Dabney L. Friedrich on August 8, 2024. (lcdlf2)**

**1:24-cv-01837-DLF Notice has been electronically mailed to:**

David L. Sobel sobel@att.net, david--sobel-2088@ecf.pacerpro.com, madeleine@eff.org, madeleine-mulkern-1669@ecf.pacerpro.com, sobel@eff.org, victoria@eff.org, victoria-python-2532@ecf.pacerpro.com

Fithawi Berhane fithawi.berhane@usdoj.gov, CaseView.ECF@usdoj.gov, aquilla.alexander@usdoj.gov, elena.haramalis2@usdoj.gov

**1:24-cv-01837-DLF Notice will be delivered by other means to::**