# Exhibit 4

**From:** David Sobel
**To:** Berhane, Fithawi (USADC)
**Subject:** Re: [EXTERNAL] Activity in Case 1:24-cv-01837-DLF ALPER v. DEPARTMENT OF JUSTICE Order
**Date:** Tuesday, August 27, 2024 11:47:30 AM

---

Isaac -

Plaintiff will insist upon the FBI's standard processing rate of 500 pages per month, which would result in one month of processing here. Further, given that this is an "expedited" matter, plaintiff objects to your proposal that production not even begin for three months. We are prepared to include a statement to that effect in the JSR, so please provide me with your proposed JSR and I will edit accordingly.

Thanks.

- D.

> On Aug 27, 2024, at 9:57 AM, Berhane, Fithawi (USADC) <Fithawi.Berhane@usdoj.gov> wrote:
>
> Hello Counsel,
>
> Firstly, apologies for the delayed response. I've been tied up with many briefing matters as of late, which is not so much an excuse as it is simply an explanation for my recent non-responsiveness. As for the status of the FOIA request, there are 516 potentially responsive pages that need to be processed, and the first interim release will be on and about November 18, 2024. Productions should be complete by the end of the year (assuming a ~250 page per month rate of processing after November 20, 2024).
>
> Bests,
> Isaac
>
> -----Original Message-----
> From: David Sobel <sobel@att.net>
> Sent: Friday, August 23, 2024 12:09 PM
> To: Berhane, Fithawi (USADC) <FBerhane@usa.doj.gov>
> Subject: [EXTERNAL] Re: Activity in Case 1:24-cv-01837-DLF ALPER v. DEPARTMENT OF JUSTICE Order
>
> Counsel -
>
> We have been ordered to meet and confer. I have written twice and left you voicemail, none of which has been acknowledged. There are now less than five working days before our joint status report is due. Should you represent to the court that you need additional time to confer with your client regarding this "expedited" matter, I will recount my repeated efforts to confer with you, beginning more than two weeks ago. I hope we can resolve this expeditiously.
>
> - D.
>
>> On Aug 12, 2024, at 11:29 AM, David Sobel <sobel@att.net> wrote:
>>
>> Isaac -
>>
>> Checking back on this. Thanks.
>>
>> - D.
>>
>>> On Aug 8, 2024, at 10:57 AM, David Sobel <sobel@att.net> wrote:
>>>

>>>
>>> Hi Isaac -
>>>
>>> I hope you are doing well. I would like to discuss this case as soon as possible, it seems like we should be able to get this resolved quickly. Please let me know when we can speak.
>>>
>>> Best,
>>>
>>> - David
>>>
>>>> On Aug 8, 2024, at 10:41 AM, DCD_ECFNotice@dcd.uscourts.gov wrote:
>>>>
>>>>
>>>> This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
>>>> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>>>>
>>>> U.S. District Court
>>>>
>>>> District of Columbia
>>>>
>>>> Notice of Electronic Filing
>>>>
>>>> The following transaction was entered on 8/8/2024 at 10:40 AM and filed on 8/8/2024
>>>> Case Name: ALPER v. DEPARTMENT OF JUSTICE
>>>> Case Number: 1:24-cv-01837-DLF
>>>> Filer:
>>>> Document Number: No document attached
>>>> Docket Text:
>>>> MINUTE ORDER requiring the parties to MEET AND CONFER and file a joint status report proposing a schedule for further proceedings. The status report should address the status of the plaintiff's FOIA request, including the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents. The parties shall file the joint status report on or before August 29, 2024. So Ordered by Judge Dabney L. Friedrich on August 8, 2024. (lcdlf2)
>>>>
>>>>
>>>> 1:24-cv-01837-DLF Notice has been electronically mailed to:
>>>>
>>>> David L. Sobel sobel@att.net, david--sobel-2088@ecf.pacerpro.com, madeleine@eff.org, madeleine-mulkern-1669@ecf.pacerpro.com, sobel@eff.org, victoria@eff.org, victoria-python-2532@ecf.pacerpro.com
>>>>
>>>> Fithawi Berhane fithawi.berhane@usdoj.gov, CaseView.ECF@usdoj.gov, aquilla.alexander@usdoj.gov, elena.haramalis2@usdoj.gov
>>>>
>>>> 1:24-cv-01837-DLF Notice will be delivered by other means to::
>>>>
>