# Exhibit 5

**From:** David Sobel
**To:** Berhane, Fithawi (USADC)
**Subject:** Re: [EXTERNAL] Re: Activity in Case 1:24-cv-01837-DLF ALPER v. DEPARTMENT OF JUSTICE Order
**Date:** Friday, September 27, 2024 5:06:29 PM

Isaac -

I would like to change the next report date to October 15. That will be enough time for the parties to determine where things stand and propose a briefing schedule. Otherwise, your draft looks good and I consent to file with the new date included.

- D.

On Sep 27, 2024, at 12:37 PM, Berhane, Fithawi (USADC) <Fithawi.Berhane@usdoj.gov> wrote:

Hello,

I just wanted to circulate this JSR because we have one due on Monday and I know you said you're probably going to be away. Please let me know if you have any edits. I've gotten this approved by FBI so I'm sure they'll make the release on Monday, but if something comes up, I'll update the JSR accordingly.

Bests,
Isaac

**From:** David Sobel <sobel@att.net>
**Sent:** Thursday, September 26, 2024 12:02 AM
**To:** Berhane, Fithawi (USADC) <FBerhane@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Re: Activity in Case 1:24-cv-01837-DLF ALPER v. DEPARTMENT OF JUSTICE Order

Ty Alper
UC Berkeley, School of Law
353 Law Building
Berkeley, CA 94720-7200.

Thanks.

- D.

On Sep 25, 2024, at 5:39 PM, Berhane, Fithawi (USADC)

<Fithawi.Berhane@usdoj.gov> wrote:

Hello,

Thank you for letting me know. Can you please let me know Plaintiff's physical address? Thanks.

Bests,
Isaac

-----Original Message-----
From: David Sobel <sobel@att.net>
Sent: Monday, September 23, 2024 3:24 PM
To: Berhane, Fithawi (USADC) <FBerhane@usa.doj.gov>
Subject: [EXTERNAL] Re: Activity in Case 1:24-cv-01837-DLF ALPER v. DEPARTMENT OF JUSTICE Order

Isaac -

I am writing with regard to the agency's upcoming determination of my client's FOIA request. I will be out of the office next week and would thus request that the disclosure be made directly to my client, Mr. Alper, in the event that it is not sent to me electronically. I believe the FBI has Mr. Alper's physical address, but if not, I would be happy to provide it.

Best,

- D.

> On Aug 30, 2024, at 2:49 PM, DCD_ECFNotice@dcd.uscourts.gov wrote:
>
> This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
>
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free

copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was entered on 8/30/2024 at 2:49 PM and filed on 8/30/2024

Case Name: ALPER v. DEPARTMENT OF JUSTICE

Case Number: 1:24-cv-01837-DLF

Filer:

Document Number: No document attached

Docket Text:

MINUTE ORDER. Upon consideration of the parties' [8] Joint Status Report, it is ORDERED that the defendant shall complete its processing of the 513 pages on or before September 30, 2024. The parties shall file another joint status report on that date. So Ordered by Judge Dabney L. Friedrich on August 30, 2024. (lcdlf3)

1:24-cv-01837-DLF Notice has been electronically mailed to:

David L. Sobel sobel@att.net, david--sobel-2088@ecf.pacerpro.com, madeleine@eff.org, madeleine-mulkern-1669@ecf.pacerpro.com, sobel@eff.org, victoria@eff.org, victoria-python-2532@ecf.pacerpro.com

Fithawi Berhane fithawi.berhane@usdoj.gov, CaseView.ECF@usdoj.gov, aquilla.alexander@usdoj.gov, elena.haramalis2@usdoj.gov

1:24-cv-01837-DLF Notice will be delivered by other means to::

<9.30.24 - Alper - Jt Status Rep-DS.docx>