# Exhibit 8

**From:** David Sobel
**To:** Berhane, Fithawi (USADC)
**Subject:** Re: [EXTERNAL] Re: Activity in Case 1:24-cv-01837-DLF ALPER v. DEPARTMENT OF JUSTICE Order
**Date:** Monday, October 14, 2024 3:08:21 PM

Isaac -

Thanks. Plaintiff will propose the following:

Defendant MSJ - 45 days from order

Plaintiff CMSJ - 30 days later

Defendant Opp and Reply - 30 days later

Plaintiff Reply - 15 days later

We can either present the two timing proposals with no commentary or each contribute a statement in support of our proposal. What is your preference?

Best,

- D.

> On Oct 11, 2024, at 2:42 PM, Berhane, Fithawi (USADC) <Fithawi.Berhane@usdoj.gov> wrote:
>
> Hello,
>
> My agency counsel is out at the moment, but I've been advised FBI intends to make its standard request for 90 days to craft a declaration. Pending any changes by my agency counsel, we will likely propose the following schedule:
>
> Defendant's Motion for Summary Judgment – January 14, 2025
>
> Plaintiff's Cross-Motion for Summary Judgment – February 14, 2025
>
> Defendant's Combined Opposition and Reply – March 14, 2025
>
> Plaintiff's Reply – April 14, 2025
>
> Bests,
> Isaac
>
> -----Original Message-----
> From: David Sobel <sobel@att.net>
> Sent: Friday, October 11, 2024 12:07 PM
> To: Berhane, Fithawi (USADC) <FBerhane@usa.doj.gov>
> Subject: [EXTERNAL] Re: Activity in Case 1:24-cv-01837-DLF ALPER v. DEPARTMENT OF JUSTICE Order
>
> Today is the last working day before our JSR is due. Please tell me the date by which you propose to file your summary judgment motion.
>
> - D.
>
>> On Oct 7, 2024, at 5:59 PM, David Sobel <sobel@att.net> wrote:

>>
>> Isaac -
>>
>> Please let me know the date by which you propose to file the agency's dispositive motion. Given the expedited nature of the matter, plaintiff seeks to move forward in a timely manner. Thanks, and glad to discuss.
>>
>> Best,
>>
>> - D.
>>
>>> On Sep 27, 2024, at 10:22 PM, DCD_ECFNotice@dcd.uscourts.gov wrote:
>>>
>>> This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
>>> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>>>
>>> U.S. District Court
>>>
>>> District of Columbia
>>>
>>> Notice of Electronic Filing
>>>
>>> The following transaction was entered on 9/27/2024 at 10:22 PM and filed on 9/27/2024
>>> Case Name: ALPER v. DEPARTMENT OF JUSTICE
>>> Case Number: 1:24-cv-01837-DLF
>>> Filer:
>>> Document Number: No document attached
>>> Docket Text:
>>> MINUTE ORDER. Upon consideration of the parties' [9] Joint Status Report, it is ORDERED the parties shall file another joint status report on or before October 15, 2024. So ordered by Judge Dabney L. Friedrich on September 27, 2024. (lcdlf3)
>>>
>>>
>>> 1:24-cv-01837-DLF Notice has been electronically mailed to:
>>>
>>> David L. Sobel sobel@att.net, david--sobel-2088@ecf.pacerpro.com, madeleine@eff.org, madeleine-mulkern-1669@ecf.pacerpro.com, sobel@eff.org, victoria@eff.org, victoria-python-2532@ecf.pacerpro.com
>>>
>>> Fithawi Berhane fithawi.berhane@usdoj.gov, CaseView.ECF@usdoj.gov, aquilla.alexander@usdoj.gov, elena.haramalis2@usdoj.gov
>>>
>>> 1:24-cv-01837-DLF Notice will be delivered by other means to::
>>>
>>
>