# Exhibit 10

**From:** David Sobel
**To:** Berhane, Fithawi (USADC)
**Subject:** [EXTERNAL] Re: Activity in Case 1:24-cv-01837-DLF ALPER v. DEPARTMENT OF JUSTICE Status Report Order
**Date:** Tuesday, July 8, 2025 11:20:57 AM

Isaac -

Plaintiff has received nothing from the agency. Please advise.

- D.

On Jun 4, 2025, at 10:33 AM, DCD_ECFNotice@dcd.uscourts.gov wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 6/4/2025 at 10:32 AM and filed on 6/4/2025

**Case Name:** ALPER v. DEPARTMENT OF JUSTICE
**Case Number:** 1:24-cv-01837-DLF
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. Upon consideration of the parties' [23] Joint Status Report, the Department shall process all documents and make required disclosures on or before July 7, 2025. Thereafter, the parties shall meet and confer and file a status report on or before July 14, 2025. The Court will schedule a status hearing at that point, if necessary, to set an expedited briefing schedule. So ordered by Judge Dabney L. Friedrich on June 4, 2025 (lcdlf3)**

**1:24-cv-01837-DLF Notice has been electronically mailed to:**

David L. Sobel sobel@att.net, david--sobel-2088@ecf.pacerpro.com, madeleine@eff.org, madeleine-mulkern-1669@ecf.pacerpro.com, sobel@eff.org, victoria@eff.org, victoria-python-2532@ecf.pacerpro.com

Fithawi Berhane fithawi.berhane@usdoj.gov, CaseView.ECF@usdoj.gov, elena.haramalis2@usdoj.gov, joseph.finnigan@usdoj.gov

**1:24-cv-01837-DLF Notice will be delivered by other means to::**