UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY ALPER,<br>Plaintiff,<br>v.<br>DEPARTMENT OF JUSTICE,<br>Defendant. | Civil Action No. 24-1837 (DLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 41), Defendant's Opposition, and responses and replies thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion is DENIED in its entirety.

SO ORDERED:

_________________________
Dated

______________________________
DABNEY L. FRIEDRICH
United States District Judge